Clerk's Use Only

Initial for fee pd.:

JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

    Plaintiff(s),

v.

Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,

    Defendant(s).

CASE NO. 3:08-cv-01409-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, JAN HASSELMAN, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Gregory C. Loarie, Earthjustice, 426-17th St., 5th Floor, Oakland, CA
   (510) 550-6700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2008

*/s/ Jan Hasselman*
Jan Hasselman