# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

**V.**

Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08-cv-01409-WHA

TO: (Name and address of defendant)

Stephen Johnson, Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code 1101A
Washington, D.C.  20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA GOLLIN EVANS, Earthjustice, 21 Ocean Avenue, Marblehead, MA  01945
(781) 631-4119

JAN HASSELMAN, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA  98104
(206) 343-7340, (206) 343-1526 [FAX]

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
  CLERK

DATE_____

_____
  (BY) DEPUTY CLERK

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|
| ☐   Served Personally upon the Defendant. Place where served: |
| ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐   Returned unexecuted: |
| ☐   Other *(specify):* |

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____         _____
                         *Date*                                         *Signature of Server*

                                                              _____
                                                                        *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

**V.**

Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:08-cv-01409-WHA

TO: (Name and address of defendant)

Mary E. Peters, Secretary
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C.  20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA GOLLIN EVANS, Earthjustice, 21 Ocean Avenue, Marblehead, MA  01945
(781) 631-4119

JAN HASSELMAN, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA  98104
(206) 343-7340, (206) 343-1526 [FAX]

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
  CLERK

DATE_____

_____
  (BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____              _____
                        *Date*                                                            *Signature of Server*

                                                                                    _____
                                                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure