**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,<br><br>Plaintiff(s),<br>v.<br>Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,<br><br>Defendant(s). | CASE NO. 3:08-cv-01409-WHA<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

JAN HASSELMAN, an active member in good standing of the bar of Washington whose business address and telephone number (particular court to which applicant is admitted) is

Jan Hasselman, Earthjustice. 705 Second Avenue, Suite 203, Seattle, WA 98104 (206) 343-7340

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                      United States District    Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**