Clerk's Use Only

Initial for fee pd.: _____

Jan Hasselman
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

        Plaintiff(s),

v.

Stephen Johnson, Administrator, U.S. EPA, and Mary Peters, Secretary, U.S. Department of Transportation,

        Defendant(s).

CASE NO. 3:08-cv-01409-WHA

AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JAN HASSELMAN, an active member in good standing of the bar of Washington State Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gregory C. Loarie, Earthjustice, 426-17th Street, 5th Floor, Oakland, CA 94612
(510) 550-6700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/25/2008

Jan Hasselman

<small>UNITED STATES DISTRICT COURT<br>For the Northern District of California</small>

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,<br><br>　　　　　　　Defendant(s).　　　　　／ | CASE NO. 3:08-cv-01409-WHA<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

　　JAN HASSELMAN, an active member in good standing of the bar of Washington State Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Jan Hasselman, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA  98104 (206) 343-7340 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.　　　　　　　　　　　　　.

　　　IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate  Judge