LISA GOLLIN EVANS Earthjustice 21 Ocean Avenue Marblehead, MA 01945 (781) 631-4119

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

        Plaintiff(s),

v.

Stephen Johnson, Administrator, U.S. EPA, and Mary Peters, Secretary, U.S. Department of Transportation,

        Defendant(s).

CASE NO. 3:08-cv-01409-WHA

AMENDED **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, LISA GOLLIN EVANS, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gregory C. Loarie, Earthjustice, 426-17th Street, 5th Floor, Oakland, CA 94612 (510) 550-6700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2008

                                            Lisa Gollin Evans

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br>Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,<br><br>　　　　　　Defendant(s).　　　　／ | CASE NO. 3:08-cv-01409-WHA<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

LISA GOLLIN EVANS, an active member in good standing of the bar of Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Lisa Gollin Evans, Earthjustice, 21 Ocean Avenue, Marblehead, MA 01945 (781) 631-4119

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California