UNITED STATES DISTRICT COURT

For the Northern District of California

1

2 UNITED STATES DISTRICT COURT

3 Northern District of California

4

5 Sierra Club, Great Basin Resource Watch,
Amigos Bravos, and Idaho Conservation
6 League,                                          **CASE NO.  3:08-cv-01409-WHA**

7                                                  (Proposed)
                      Plaintiff(s),               **ORDER GRANTING APPLICATION**
8          v.                                      **FOR ADMISSION OF ATTORNEY**
                                                   *PRO HAC VICE*
9 Stephen Johnson, Administrator, U.S.
EPA, and Mary E. Peters, Secretary, U.S.
10 Department of Transportation,

11                      Defendant(s).
12 _____/

13      JAN HASSELMAN                       , an active member in good standing of the bar of

14      Washington State Supreme Court                whose business address and telephone number

15 (particular court to which applicant is admitted)

16 is

17 Jan Hasselman, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA  98104 (206) 343-7340

18

19 having applied in the above-entitled action for admission to practice in the Northern District of

20 California on a *pro hac vice* basis, representing plaintiffs.

21       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designed in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26

27 Dated:

28                                                 _____
                                                   United States Magistrate  Judge