# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,

CV 08 1409

WHA

TO: (Name and address of defendant)

Stephen Johnson, Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code 1101A
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA GOLLIN EVANS, Earthjustice, 21 Ocean Avenue, Marblehead, MA 01945
(781) 631-4119

JAN HASSELMAN, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340, (206) 343-1526 [FAX]

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

BY: DEPUTY CLERK
ANN BUCKLEY

MAR 1 2 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/20/2008 |
| NAME OF SERVER (PRINT) Catherine Hamborg | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified mail, return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/31/2008
              Date

*Signature of Server*

705 Second Avenue, Suite 203, Seattle, WA 98104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 2249 6779
Detailed Results:
- Delivered, March 20, 2008, 7:30 am, WASHINGTON, DC 20460
- Arrival at Unit, March 20, 2008, 3:18 am, WASHINGTON, DC 20022

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/20/08 |
| 1. Article Addressed to:<br><br>Stephen L. Johnson, Administrator<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Mail Code 1101A<br>Washington, D.C. 20460 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0003 2249 6779 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   3/28/2008