# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Stephen Johnson, Administrator, U.S. EPA, and Mary E. Peters, Secretary, U.S. Department of Transportation,

CV 08 1409 WHA

TO: (Name and address of defendant)

Mary E. Peters, Secretary
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA GOLLIN EVANS, Earthjustice, 21 Ocean Avenue, Marblehead, MA 01945
(781) 631-4119

JAN HASSELMAN, Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340, (206) 343-1526 [FAX]

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 1 2 2008

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/20/2008 |
| NAME OF SERVER (PRINT)<br>Catherine Hamborg | TITLE<br>Legal Secretary | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified mail, return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/31/2008
               Date             *Signature of Server*

               705 Second Avenue, Suite 203, Seattle, WA 98104
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 1820 0003 2249 6786**
Detailed Results:

- Delivered, March 20, 2008, 6:58 am, WASHINGTON, DC 20590
- Arrival at Unit, March 20, 2008, 3:05 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mary E. Peters, Secretary<br>U.S. Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, D.C.  20590 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0003 2249 6786 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    3/28/2008