MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG, *Pro Hac Vice* Pending
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  202.739-3000
Fax:  202.739.3001
E-mail:  msteinberg@morganlewis.com

*Attorneys for Intervenors Superfund Settlement Project, RCRA Corrective Action Project and American Petroleum Institute*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  415.442-1000
Fax:  415.442-1001
E-mail:  bsmith@morganlewis.com

*Local Co-Counsel for Intervenors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN JOHNSON, Administrator, untied States Environmental Protection AGency, and MARY E. PETERS, Secretary, United States Department of Transportation,, <br><br> Defendants. | Case No. C-08-01409-WHA <br><br> **[PROPOSED] ORDER GRANTING INTERVENORS SUPERFUND SETTLEMENT PROJECT, RCRA CORRECTIVE ACTION PROJECT AND AMERICAN PETROLEUM INSTITUTE'S MOTION TO INTERVENE** |

Upon consideration of the Motion for Leave to Intervene of the RCRA Corrective Action Project ("RCAP"), Superfund Settlements Project ("SSP"), and the American Petroleum Institute ("API"), the Memorandum of Points and Authorities included in the Motion, and any responses thereto, it is this _____ day of _____, 2008 hereby

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

[PROPOSED] ORDER GRANTING RCAP
ET AL'S MOTION TO INTERVENE
NO. C-08-01409-WHA

ORDERED that the Motion for Leave to Intervene is GRANTED; and it is

FURTHER ORDERED that Intervenors shall be and hereby are made parties to the above-captioned case, with the full rights attendant thereto.

Dated: April _____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

2

[PROPOSED] ORDER GRANTING RCAP
ET AL'S MOTION TO INTERVENE
NO. C-08-01409-WHA