MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG, *Pro Hac Vice* Pending
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  202.739.3000
Fax:  202.739.3001
E-mail:  msteinberg@morganlewis.com

*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  bsmith@morganlewis.com

Local Co-Counsel for Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No. C-08-01409-WHA<br><br>Hon. William H. Alsup<br><br>**INTERVENORS SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AND AMERICAN PETROLEUM INSTITUTE'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO CIVIL L.R. 3-16** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, and Civil L.R. 3-16, the RCRA Corrective Action Program ("RCAP"), the Superfund Settlements Project ("SSP"), and the American Petroleum Institute ("API"), on behalf of their constituent member companies, hereby provide the following disclosure statement:

1   RCAP, SSP, and API are not incorporated. There are no publicly traded securities of
2   RCAP, SSP, or API. There are no parent corporations or publicly held companies that own a 10
3   percent or greater ownership interest in RCAP, SSP, or API.

4   No interest relevant to Civil L.R. 3-16 is known to any Intervenor party other than that
5   indicated in the Motion for Leave to Intervene.

7   Dated: April 10, 2008                Respectfully submitted,

            /s/ Benjamin P. Smith
    BENJAMIN P. SMITH, State Bar No. 197551
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Tel: 415.442.1000
    Fax: 415.442.1001
    E-mail: bsmith@morganlewis.com

    *Local Co-Counsel for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

    MICHAEL W. STEINBERG, *Pro Hac Vice* Pending
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
    Telephone: (202) 739-5141
    Facsimile: (202) 739-3001

    *Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

2

INTERVENORS RCAP ET AL.'S
DISCLOSURE STATEMENT
No. C-08-01409-WHA