1  MORGAN, LEWIS & BOCKIUS LLP
   MICHAEL W. STEINBERG, *Pro Hac Vice* Pending
2  1111 Pennsylvania Avenue, NW
   Washington, DC  20004
3  Tel:  202.739.3000
   Fax:  202.739.3001
4  E-mail:  msteinberg@morganlewis.com

5  *Attorney for Intervenors Superfund Settlements*
   *Project, RCRA Corrective Action Project, and*
6  *American Petroleum Institute*

7
   MORGAN, LEWIS & BOCKIUS LLP
8  BENJAMIN P. SMITH, State Bar No. 197551
   One Market, Spear Street Tower
9  San Francisco, CA 94105
   Tel:  415.442.1000
10 Fax:  415.442.1001
   E-mail:  bsmith@morganlewis.com
11
   *Local Co-Counsel for Intervenors*

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE, | Case No. C-08-01409-WHA |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation, | |
| Defendants. | |

1-SF/7689420.1                                    PROOF OF SERVICE
                                                  No. C-08-01409-WHA

1 **PROOF OF SERVICE**

2    I, Eileen H. Yemoto, declare:

3    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 10, 2008, I served the within document(s):

- **PROPOSED INTERVENORS SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AND AMERICAN PETROLEUM INSTITUTE'S NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES**

- **INTERVENORS SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AND AMERICAN PETROLEUM INSTITUTE'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO CIVIL L.R. 3-16**

- **INTERVENORS SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AND AMERICAN PETROLEUM INSTITUTE'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

- **[PROPOSED] ORDER GRANTING INTERVENORS SUPERFUND SETTLEMENT PROJECT, RCRA CORRECTIVE ACTION PROJECT AND AMERICAN PETROLEUM INSTITUTE'S MOTION TO INTERVENE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ (BY PERSONAL SERVICE) I caused the envelope(s) to be delivered by hand to the addressee(s) noted below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6)) - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on April 10, 2008. The transmission was reported as complete and without error. My electronic notification address is eyemoto@morganlewis.com.

**VIA ELECTRONIC SERVICE**:

Lisa Gollin Evans
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945

Jan Hasselman
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104

Gregory C. Loarie
Earthjustice
426 – 17th Street, 5th Floor
Oakland, CA  94612

**VIA FIRST-CLASS US MAIL**

Peter D. Keisler
United States Attorney General (Acting)
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Stephen Johnson
Administrator
Environmental Protection Agency
1101A EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460

Mary E. Peters, Secretary
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC  20590

Executed on April 10, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Respectfully submitted,

/s/ Eileen H. Yemoto
Eileen H. Yemoto