1   MORGAN, LEWIS & BOCKIUS LLP
    MICHAEL W. STEINBERG, D.C. Bar No. 964502
2   1111 Pennsylvania Avenue, NW
    Washington, DC 20004
3   Tel: 202.739.3000
    Fax: 202.739.3001
4   E-mail: msteinberg@morganlewis.com

5   *Attorney for Intervenors Superfund Settlements*
    *Project, RCRA Corrective Action Project, and*
6   *American Petroleum Institute*

7   MORGAN, LEWIS & BOCKIUS LLP
8   BENJAMIN P. SMITH, State Bar No. 197551
    One Market, Spear Street Tower
9   San Francisco, CA 94105
    Tel: 415.442.1000
10  Fax: 415.442.1001
    E-mail: bsmith@morganlewis.com

11
    *Local Co-Counsel for Intervenors*
12

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18  SIERRA CLUB, GREAT BASIN               Case No. C-08-01409-WHA
    RESOURCE WATCH, AMIGOS
19  BRAVOS, and IDAHO CONSERVATION         Hon. William H. Alsup
    LEAGUE,
20                                         **APPLICATION FOR ADMISSION OF**
                    Plaintiffs,            **ATTORNEY MICHAEL W. STEINBERG**
21                                         *PRO HAC VICE*
                    vs.
22
    STEPHEN JOHNSON, Administrator,
23  United States Environmental Protection
    Agency, and MARY E. PETERS,
24  Secretary, United States Department of
    Transportation,
25
                    Defendants.
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP                                          *PRO HAC VICE* APPLICATION
ATTORNEYS AT LAW                                          No. C-08-01409-WHA

1    Pursuant to Civil L. R. 11-3, I, Michael W. Steinberg, an active member in good standing

2    of the bar of the District of Columbia, hereby apply for admission to practice in the Northern

3    District of California on a *pro hac vice* basis representing Intervenors Superfund Settlements

4    Project, RCRA Corrective Action Project, and American Petroleum Institute in the above-entitled

5    action.

6        In support of this application, I certify on oath that:

7        1.    I am an active member in good standing of a United States Court or of the highest
              court of another State or the District of Columbia, as indicated above;

8        2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
              Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
9             become familiar with the Local Rules and the Alternative Dispute Resolution
              programs of this Court; and,
10

11       3.    An attorney who is a member of the bar of this Court in good standing and who
              maintains an office within the State of California has been designated as co-
12            counsel in the above-entitled action. The name, address and telephone number of
              that attorney is:

13       Benjamin P. Smith, One Market, Spear Street Tower, San Francisco, CA 94105
         (415) 442-1000
14

15       I declare under penalty of perjury that the foregoing is true and correct.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

MORGAN, LEWIS &
BOCKIUS LLP                                              2                    *PRO HAC VICE* APPLICATION
ATTORNEYS AT LAW                                                                   No. C-08-01409-WHA

1    Dated: April 10, 2008

2                                          MICHAEL W. STEINBERG, D.C. Bar No. 964502
                                           MORGAN, LEWIS & BOCKIUS LLP
3                                          1111 Pennsylvania Avenue, NW
                                           Washington, DC 20004
4                                          Tel: 202.739.3000
                                           Fax: 202.739.3001
5

6                                          BENJAMIN P. SMITH, State Bar No. 197551
                                           MORGAN, LEWIS & BOCKIUS LLP
7                                          One Market, Spear Street Tower
                                           San Francisco, CA 94105
8                                          Tel: 415.442.1000
                                           Fax: 415.442.1001
9                                          E-mail: bsmith@morganlewis.com

10                                         *Local Co-Counsel for Intervenors*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW                                    3              *PRO HAC VICE* APPLICATION
                                                                   No. C-08-01409-WHA