1    MORGAN, LEWIS & BOCKIUS LLP
     MICHAEL W. STEINBERG, D.C. Bar No. 964502
2    1111 Pennsylvania Avenue, NW
     Washington, DC 20004
3    Tel: 202.739.3000
     Fax: 202.739.3001
4    E-mail: msteinberg@morganlewis.com

5    *Attorney for Intervenors Superfund Settlements*
     *Project, RCRA Corrective Action Project, and*
6    *American Petroleum Institute*

7    MORGAN, LEWIS & BOCKIUS LLP
     BENJAMIN P. SMITH, State Bar No. 197551
8    One Market, Spear Street Tower
     San Francisco, CA 94105
9    Tel: 415.442.1000
     Fax: 415.442.1001
10   E-mail: bsmith@morganlewis.com

11   *Local Co-Counsel for Intervenors*

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17   SIERRA CLUB, GREAT BASIN              Case No. C-08-01409-WHA
     RESOURCE WATCH, AMIGOS
18   BRAVOS, and IDAHO CONSERVATION        **[PROPOSED] ORDER GRANTING**
     LEAGUE,                               **APPLICATION FOR ADMISSION OF**
19                                         **ATTORNEY MICHAEL W. STEINBERG**
                   Plaintiffs,             ***PRO HAC VICE***
20
                   vs.
21
     STEPHEN JOHNSON, Administrator,
22   United States Environmental Protection
     Agency, and MARY E. PETERS,
23   Secretary, United States Department of
     Transportation,
24
                   Defendants.
25

26

27

28            Michael W. Steinberg, an active member in good standing of the bar of the District of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
                                                   [PROPOSED] *PRO HAC VICE* ORDER
                                                              No. C-08-01409-WHA

1   Columbia, whose business address and telephone number is 1111 Pennsylvania Ave., N.W.,

2   Washington, D.C. 20004, (202 739-5141, having applied in the above-titled action for admission

3   to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenors

4   Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum

5   Institute.

6        IT IS HEREBY ORDERED that the application is granted, subject to the terms and

7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

8   *vice*. Service of papers upon and communication with co-counsel designated in the application

9   will constitute notice to the party. All future filings in this action are subject to the requirements

10  contained in Genera Order No. 45, *Electronic Case Filing*.

11

12  Dated: _____, 2008

    _____
    Hon. William H. Alsup

13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28