MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG, *Pro Hac Vice* Pending
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: msteinberg@morganlewis.com

*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bsmith@morganlewis.com

*Local Co-Counsel for Intervenors.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No. C-08-01409-WHA<br><br>**PROOF OF SERVICE** |

1-SF/7689420.1

PROOF OF SERVICE

**PROOF OF SERVICE**

I, Eileen H. Yemoto, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 10, 2008, I served the within document(s):

- **Application for Admission of Attorney *Pro Hac Vice***

- **[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice***

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Peter D. Keisler
United States Attorney General (Acting)
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Stephen Johnson
Administrator
Environmental Protection Agency
1101A EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Mary E. Peters, Secretary
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Lisa Gollin Evans
Earthjustice
21 Ocean Avenue
Marblehead, MA 01945

Jan Hasselman
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

Gregory C. Loarie
Earthjustice
426 – 17th Street, 5th Floor
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 10, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Respectfully submitted,

_____
Eileen H. Yemoto

1-SF/7689420.1

-2-