MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG, D.C. Bar No. 964502
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: msteinberg@morganlewis.com

*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bsmith@morganlewis.com

*Local Co-Counsel for Intervenors*

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No. C-08-01409-WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL W. STEINBERG *PRO HAC VICE* |

Michael W. Steinberg, an active member in good standing of the bar of the District of

1  Columbia, whose business address and telephone number is 1111 Pennsylvania Ave., N.W.,
2  Washington, D.C. 20004, (202 739-5141, having applied in the above-titled action for admission
3  to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenors
4  Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum
5  Institute.

6  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in Genera Order No. 45, *Electronic Case Filing*.

12 Dated: _____, 2008

Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE