LISA GOLLIN EVANS (MA SB # 200730)     THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>　　　　　Defendants. | Case No. 3:08-cv-01409-WHA<br><br>CERTIFICATE OF SERVICE |

　　　　I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

　　　　On April 25, 2008, I served a true and correct copy of:

　　　1.　　Response to Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institutes' Motion to Intervene; and
　　　2.　　Certificate of Service.

on the following parties:

Michael W. Steinberg
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 *[FAX]*
*Attorney for Proposed Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail
☐ via electronic service by Clerk

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

|   |   |
|---|---|
| 1  Benjamin P. Smith<br>   Morgan, Lewis & Bockius LLP<br>2  One Market, Spear Street Tower<br>   San Francisco, CA 94105<br>3  (415) 442-1000<br>   (415) 442-1001 *[FAX]*<br>4  *Attorney for Proposed Intervenors Superfund*<br>   *Settlements Project, RCRA Corrective Action Project,*<br>5  *and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

    I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April, 2008, at Seattle, Washington.

                                                    _____
                                                    Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

Earthjustice
705 Second Ave., Suite 203
Seattle, WA 98104
(206) 343-7340