MARTIN F. McDERMOTT (SBN 6183307 (IL))
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4122
Fax: (202) 514-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No.: 3:08-cv-01409-WHA<br><br>**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE FILED BY SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AND AMERICAN PETROLEUM INSTITUTE** |

    Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, and Mary E. Peters, in her official capacity as Secretary of the United States Department of Transportation (collectively "Defendants"), in response to the Motion to Intervene filed by Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute (collectively, the "Proposed Intervenors"), state that Defendants take no position on the Motion to Intervene filed by the Proposed Intervenors, except that Defendants state that they

do not accept any liability for fees and costs related to time spent on issues raised by the Proposed Intervenors.

Dated: May 1, 2008          Respectfully submitted,

RONALD J. TENPAS  
Assistant Attorney General  
Environment and Natural Resources Division

        /s/  
MARTIN F. McDERMOTT, Attorney  
United States Department of Justice

Of Counsel:

MARY GLEAVES  
Office of General Counsel  
U.S. Environmental Protection Agency  
Pesticides and Toxic Substances Law Office  
Ariel Rios Building,  
1200 Pennsylvania Avenue, N.W.  
Washington, D.C. 20460

THOMAS MAHONEY

United States Department of Transportation

*DEFENDANTS' RESPONSE TO MOTION TO INTERVENE --CASE NO: 3:08-cv-01409 (WHA)*      -2-

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008 a copy of the foregoing DEFENDANTS' RESPONSE TO MOTION TO INTERVENE was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Martin F. McDermott, Attorney