MICHAEL W. STEINBERG, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: msteinberg@morganlewis.com

BENJAMIN P. SMITH, State Bar No. 197551
LAURA A. LEE, State Bar No. 246032
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bsmith@morganlewis.com
         llee@morganlewis.com

*Attorneys for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No. C-08-01409-WHA<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**<br><br>Place:  Courtroom 9, 19th Floor<br>Judge:  The Honorable William H. Alsup |

NOTICE OF APPEARANCE OF
ADDITIONAL COUNSEL
NO. C-08-01409-WHA

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the undersigned respectfully requests that Laura A. Lee of Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105, phone number 415.442.1000, email: llee@morganlewis.com, shall appear as additional counsel on behalf of intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute in the above-captioned action. The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

Dated: May 21, 2008                          MORGAN, LEWIS & BOCKIUS LLP

By ____/s/ Laura A. Lee____
Laura A. Lee
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: llee@morganlewis.com

*Attorneys for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA**

**SIERRA CLUB, et al. vs. STEPHEN JOHNSON, et al.**
Case No. C-08-01409-WHA

I, the undersigned, declare: that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and not a party t the action; and I am employed in the County of San Francisco, California. My business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On May 21, 2008, I cause the below listed document(s) to be filed using Electronic Case Filing:

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct and was executed on May 21, 2008, at San Francisco, California.

/s/ Paula Lesure
Paula Lesure
Assistant to Laura Alexis Lee, SB 246032
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Tel: 415/442-1000
Fax: 415/442-1001

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
PROOF OF SERVICE