IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STEPHEN JOHNSON, Administrator, United States Enviornmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 08-01409 WHA<br><br>**ORDER RESCHEDULING MOTION HEARING** |

　　　The hearing on intervenor-applicants' motion to intervene previously set for May 22, 2008, at 8AM has been rescheduled for **MAY 22, 2008, AT 2PM**.

　　　**IT IS SO ORDERED.**

Dated: May 21, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE