LISA GOLLIN EVANS (MA SB # 200730)        THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATED MOTION TO CANCEL HEARING AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants. | Case No. 3:08-cv-01409-WHA<br><br>STIPULATED MOTION TO CANCEL HEARING AND [PROPOSED] ORDER |

On April 10, defendant-intervenor-applicants Superfund Settlements Project, et al. moved this court for intervention. The motion was noted for hearing on May 22, 2008. Both plaintiffs Sierra Club, et al. and defendants Stephen Johnson, et al. filed responses indicating that each took no position on the motion to intervene. Plaintiffs and defendant-intervenor-applicants now respectfully request that this Court grant the motion to intervene without holding a hearing. Undersigned counsel were unable to reach defendant's counsel for purposes of this stipulation.

Respectfully submitted this 22nd day of May, 2008.

/s/ Jan Hasselman
JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

STIPULATED MOTION TO CANCEL HEARING AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1
2
3
4
5
6
7
8
9
10
11
12
13

LISA GOLLIN EVANS
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CA Bar No. 215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

14
15
16
17
18

/s/  Jan Hasselman, for *
MICHAEL W. STEINBERG
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 *[FAX]*
msteinberg@morganlewis.com

* per telephone authority

19
20

*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

21
22
23
24
25
26

BENJAMIN P. SMITH
LAURA A. LEE
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105
(415) 442-1000
(415) 442-1001 *[FAX]*
bsmith@morganlewis.com
llee@morganlewis.com

27

*Local Co-Counsel for Intervenors*

28

STIPULATED MOTION TO CANCEL HEARING AND [PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1 [PROPOSED] ORDER

2 It is so ordered.

3 DATED this _____ day of May, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIPULATED MOTION TO CANCEL HEARING AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*