| | |
|---|---|
| LISA GOLLIN EVANS (MA SB # 200730)<br>(Admitted *Pro Hac Vice*)<br>Earthjustice<br>21 Ocean Avenue<br>Marblehead, MA  01945<br>(781) 631-4119<br>levans@earthjustice.org | THE HONORABLE WILLIAM H. ALSUP |

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>　　　　　Defendants. | Case No. 3:08-cv-01409-WHA<br><br>CERTIFICATE OF SERVICE |

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On May 22, 2008, I served a true and correct copy of:

1. Stipulated Motion to Cancel Hearing; and
2. Certificate of Service.

on the following parties:

Martin F. McDermott
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
(202) 514-8865 *[FAX]*
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Michael W. Steinberg<br>Morgan, Lewis & Bockius LLP | ☐ via facsimile<br>☐ via overnight courier |
| 2 | 1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 3 | (202) 739-3000<br>(202) 739-3001 *[FAX]* | ☐ via e-mail<br>☒ via electronic service by Clerk |
| 4 | *Attorney for Proposed Intervenors Superfund* | |
| 5 | *Settlements Project, RCRA Corrective Action Project,*<br>*and American Petroleum Institute* | |

Benjamin P. Smith
Laura A. Lee
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 *[FAX]*
*Attorney for Proposed Intervenors Superfund*
*Settlements Project, RCRA Corrective Action Project,*
*and American Petroleum Institute*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of May, 2008, at Seattle, Washington.

*[signature]*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

Earthjustice
705 Second Ave., Suite 203
Seattle, WA 98104
(206) 343-7340