IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEPHEN JOHNSON, Administrator, United States Enviornmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>  Defendants.<br>_____ / | No. C 08-01409 WHA<br><br>**ORDER GRANTING APPLICANTS' MOTION TO INTERVENE** |

Good cause shown, the motion for leave to intervene is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE