UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No. C 08-01409 WHA

Title: SIERRA CLUB v. STEPHEN JOHNSON

Plaintiff Attorneys: N/A

Defense Attorneys: N/A

Intervener: Laura Lee

Deputy Clerk: Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1) Intervener's Motion to Intervene - Granted

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

The motion to intervene is unopposed.