1

LISA GOLLIN EVANS (MA SB # 200730)          THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)

2

Earthjustice

3

21 Ocean Avenue
Marblehead, MA  01945

4

(781) 631-4119
levans@earthjustice.org

5

6

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)

7

Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104

8

(206) 343-7340

9

(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

10

11

*Attorneys for Plaintiffs Sierra Club, Great
Basin Resource Watch, Amigos Bravos, and
Idaho Conservation League*

12

13

GREGORY C. LOARIE (CSB #215859)
Earthjustice

14

426 - 17th Street, 5th Floor
Oakland, CA  94612

15

(510) 550-6725
(510) 550-6749 *[FAX]*

16

gloarie@earthjustice.org

17

*Local Counsel for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION RE CASE SCHEDULE AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1
2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3
4

SIERRA CLUB, GREAT BASIN RESOURCE )
WATCH, AMIGOS BRAVOS, and IDAHO )
CONSERVATION LEAGUE, )

Case No.  3:08-cv-01409-WHA

5
6

Plaintiffs, )

STIPULATED MOTION RE CASE
SCHEDULE AND [PROPOSED] ORDER

7

v. )

8
9

STEPHEN JOHNSON, Administrator, United )
States Environmental Protection Agency, and )
MARY E. PETERS, Secretary, United States )
Department of Transportation, )

10
11

Defendants, )

12

and )

13
14

SUPERFUND SETTLEMENTS PROJECT, )
RCRA CORRECTIVE ACTION PROJECT, )
and AMERICAN PETROLEUM INSTITUTES, )

15

Defendant-Intervenors. )

16

)

17      Plaintifffs Sierra Club, et al., federal defendants Stephen Johnson, et al., and defendant-

18  intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American

19  Petroleum Institute have conferred to discuss case management and schedule and jointly request the

20  following modifications to the existing schedule.

21      The federal defendants have moved to dismiss this action, arguing that the Court lacks

22  subject matter jurisdiction and that venue in this Court is improper.  Hearing on the motion is

23  currently set for June 26, 2008.  Plaintiffs disagree with defendants and intend to oppose the motion.

24  Due to prior work commitments, the parties request a modification to the briefing schedule

25  established by the local rules and a new hearing date.  The parties propose to revise the schedule as

26  follows:

27

28

STIPULATED MOTION RE CASE SCHEDULE AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1    Plaintiffs' opposition to motion to dismiss:              June 18, 2008

2    Defendants' and Intervenors' reply:                       July 3, 2008

3    Hearing on motion:                                        July 17, 2008 at 8:00 a.m.

4         Additionally, the parties jointly propose that (1) the deadlines for ADR certifications, the

5    Rule 26(f) report, and the joint case management statement and (2) the case management

6    conference currently scheduled for June 19, 2008 be continued until the motion to dismiss is

7    resolved.

8         Respectfully submitted this 28th day of May 2008.

9

10                                        /s/  Jan Hasselman
11                                        JAN HASSELMAN
                                          Earthjustice
12                                        705 Second Avenue, Suite 203
                                          Seattle, WA  98104
13                                        (206) 343-7340
                                          (206) 343-1526 *[FAX]*
14                                        jhasselman@earthjustice.org
15
                                          LISA GOLLIN EVANS
16                                        Earthjustice
                                          21 Ocean Avenue
17                                        Marblehead, MA  01945
                                          (781) 631-4119
18                                        levans@earthjustice.org
19
                                          *Attorneys for Plaintiffs Sierra Club, Great*
20                                        *Basin Resource Watch, Amigos Bravos, and*
                                          *Idaho Conservation League*
21
22                                        GREGORY C. LOARIE (CA Bar No. 215859)
                                          Earthjustice
23                                        426 - 17th Street, 5th Floor
                                          Oakland, CA  94612
24                                        (510) 550-6725
                                          (510) 550-6749 *[FAX]*
25                                        gloarie@earthjustice.org
26
                                          *Local Counsel for Plaintiffs*
27
28
STIPULATED MOTION RE CASE SCHEDULE AND                    *Earthjustice*
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -2-       *705 Second Ave., Suite 203*
                                                          *Seattle, WA  98104*
                                                          *(206) 343-7340*

1

2          /s/  Jan Hasselman, for *

3          MARTIN F. McDERMOTT
           United States Department of Justice
4          Environment & Natural Resources Division
           Environmental Defense Section
5   * per email authorization          P.O. Box 23986
           Washington, D.C.  20026-3986
6          (202) 514-4122
           (202) 514-8865 *[FAX]*
7          martin.mcdermott@doj.gov

8          *Attorney for Federal Defendants*

9

10

11         /s/  Jan Hasselman, for *

12         MICHAEL W. STEINBERG
           Morgan, Lewis & Bockius LLP
13         1111 Pennsylvania Avenue, N.W.
   * per email authorization          Washington, D.C.  20004
14         (202) 739-3000
           (202) 739-3001 *[FAX]*
15         msteinberg@morganlewis.com

16         *Attorney for Intervenors Superfund Settlements*
17         *Project, RCRA Corrective Action Project, and*
           *American Petroleum Institute*

18
           BENJAMIN P. SMITH
19         LAURA A. LEE
           Morgan, Lewis & Bockius LLP
20         One Market, Spear Street Tower
           San Francisco, CA  94105
21         (415) 442-1000
           (415) 442-1001 *[FAX]*
22         bsmith@morganlewis.com
           llee@morganlewis.com
23

24         *Local Co-Counsel for Intervenors*

25

26

27

28
STIPULATED MOTION RE CASE SCHEDULE AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -3-

1

[PROPOSED] ORDER

2

It is so ordered.

3

DATED this _____ day of May, 2008.

4

5

6

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION RE CASE SCHEDULE AND
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -4-