IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,

    Plaintiffs,

  v.

STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,

    Defendants,

  and

SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTES,

    Defendant-Intervenors.

No. C 08-01409 WHA

**ORDER GRANTING IN PART STIPULATION TO POSTPONE**

The hearing on defendants' motion to dismiss is hereby **CONTINUED** to **JULY 3, 2008, AT 8:00 A.M.** The case management conference shall immediately follow the hearing. All related initial disclosure deadlines are **EXTENDED** accordingly. Please file a joint case management statement by June 26, 2008.

**IT IS SO ORDERED.**

Dated: June 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE