1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment & Natural Resources Division

3  ROCHELLE L. RUSSELL (CA Bar No. 244992)
   Trial Attorney
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   P.O. Box 23986
6  Washington, D.C. 20026-3986
   Tel:    (202) 514-1950
7  Fax:    (202) 514-8865
   Email: rochelle.russell@usdoj.gov
8  *Attorney for Defendants*

9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>            Plaintiffs,<br><br>       v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>            Defendants,<br><br>and<br><br>SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTES,<br><br>            Defendant-Intervenors. | Civil Case No. C 08-01409 WHA<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Rochelle L. Russell as counsel for Defendants Stephen L. Johnson, Administrator, United States Environmental Protection Agency, and Mary E. Peters, Secretary, United States Department of Transportation, in the above-captioned matter. Please direct all future pleadings and correspondence to Ms. Russell at the following addresses:

| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (Not to be used for regular mail)** |
|---|---|
| Rochelle L. Russell<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986 | Rochelle L. Russell<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street, N.W., Suite 8000<br>Washington, D.C. 20004 |

**TELEPHONE**  (202) 514-1950

**FACSIMILE**  (202) 514-8865

**E-MAIL**  rochelle.russell@usdoj.gov

Respectfully submitted,

Dated:   June 4, 2008

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 4, 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served electronically via the Court's e-filing system to Counsel of Record.

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL