LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., ) | Case No.  3:08-cv-01409-WHA |
| ) | |
| Plaintiffs, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| STEPHEN JOHNSON, et al., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| SUPERFUND SETTLEMENTS PROJECT, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1    I am a citizen of the United States and a resident of the State of Washington. I am over 18
2    years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,
3    Seattle, Washington 98104.
4    On June 12, 2008, I served a true and correct copy of:

5    1.    Plaintiffs' Opposition to Motion to Dismiss; and
6    2.    Certificate of Service.

7    on the following parties:

8    Martin F. McDermott
Rochelle L. Russell                          ☐ via facsimile
9    United States Department of Justice         ☐ via overnight courier
Environment & Natural Resources Division     ☐ via first-class U.S. mail
10   Environmental Defense Section                ☐ via hand delivery
P.O. Box 23986                               ☐ via e-mail
11   Washington, D.C. 20026-3986                  ☒ via electronic service by Clerk
12   **Street Address**:
13   601 D Street, N.W., Suite 8000
Washington, D.C. 20004
14   (202) 514-4122 [Martin]
(202) 514-1950 [Rochelle]
15   (202) 514-8865 *[FAX]*
*Attorney for Federal Defendants*
16
17   Michael W. Steinberg
Morgan, Lewis & Bockius LLP                  ☐ via facsimile
18   1111 Pennsylvania Avenue, N.W.               ☐ via overnight courier
Washington, D.C. 20004                       ☐ via first-class U.S. mail
19   (202) 739-3000                               ☐ via hand delivery
(202) 739-3001 *[FAX]*                       ☐ via e-mail
20   *Attorney for Proposed Intervenors Superfund* ☒ via electronic service by Clerk
21   *Settlements Project, RCRA Corrective Action Project,*
*and American Petroleum Institute*
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| Benjamin P. Smith<br>Laura A. Lee<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>(415) 442-1001 *[FAX]*<br>*Attorney for Proposed Intervenors Superfund*<br>*Settlements Project, RCRA Corrective Action Project,*<br>*and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2008, at Seattle, Washington.

*Catherine Hamborg*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*