LISA GOLLIN EVANS (MA SB # 200730)   THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., ) | Case No.  3:08-cv-01409-WHA |
| ) | |
| Plaintiffs, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| STEPHEN JOHNSON, et al., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| SUPERFUND SETTLEMENTS PROJECT, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  I am a citizen of the United States and a resident of the State of Washington.  I am over 18
2  years of age and not a party to this action.  My business address is 705 Second Avenue, Suite 203,
3  Seattle, Washington 98104.
4  On June 12, 2008, I served a true and correct copy of:

1. ADR Certification by Parties and Counsel (signed by plaintiff, Sierra Club);
2. ADR Certification by Parties and Counsel (signed by plaintiff, Idaho Conservation League);
3. ADR Certification by Parties and Counsel (signed by plaintiff, Amigos Bravos); and
4. Certificate of Service.

on the following parties:

| | |
|---|---|
| Martin F. McDermott<br>Rochelle L. Russell<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C.  20026-3986<br>**Street Address**:<br>601 D Street, N.W., Suite 8000<br>Washington, D.C.  20004<br>(202) 514-4122 [Martin]<br>(202) 514-1950 [Rochelle]<br>(202) 514-8865 *[FAX]*<br>*Attorney for Federal Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |
| Michael W. Steinberg<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>(202) 739-3000<br>(202) 739-3001 *[FAX]*<br>*Attorney for Proposed Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| 1  Benjamin P. Smith | ☐ via facsimile |
|    Laura A. Lee | ☐ via overnight courier |
| 2  Morgan, Lewis & Bockius LLP | ☐ via first-class U.S. mail |
|    One Market, Spear Street Tower | ☐ via hand delivery |
| 3  San Francisco, CA 94105 | ☐ via e-mail |
|    (415) 442-1000 | ☒ via electronic service by Clerk |
| 4  (415) 442-1001 *[FAX]* | |

*Attorney for Proposed Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2008, at Seattle, Washington.

*/s/ Catherine Hamborg*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*