UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al.,

                    Plaintiff(s),

           v.

STEPHEN JOHNSON, et al.,

                    Defendant(s).
_____/

CASE NO. 3:08-cv-1409-WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference Thursday, July 3, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lisa Evans | Plaintiffs | (781) 631-4119 | levans@earthjustice.org |
| Jan Hasselman | Plaintiffs | (206) 343-7340 x 25 | jhasselman@earthjustice.org |
| Rochelle L. Russell | Fed. Defendants | (202) 514-1950 | rochelle.russell@usdoj.gov |
| Michael W. Steinberg | Intervenors | (202) 739-3000 | msteinberg@morganlewis.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/12/08                                          /s/ Lisa Gollin Evans
                                                           Attorney for Plaintiff

Dated: 6/12/08                                          /s/ Rochelle L. Russell *
                                                           Attorney for Defendant

Rev 12.05
Dated: 6/12/08                                          /s/ Michael W. Steinberg *
               * per email authorization           Attorney for Def.-Intervenors