LISA GOLLIN EVANS (MA SB # 200730)   THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., ) | Case No.  3:08-cv-01409-WHA |
| Plaintiffs, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| STEPHEN JOHNSON, et al., ) | |
| Defendants, ) | |
| and ) | |
| SUPERFUND SETTLEMENTS PROJECT, et al., ) | |
| Defendant-Intervenors. ) | |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  I am a citizen of the United States and a resident of the State of Washington. I am over 18
2  years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,
3  Seattle, Washington 98104.
4  On June 19, 2008, I served a true and correct copy of:

5  1. ADR Certification by Parties and Counsel (signed by plaintiff Great Basin
     Resource Watch); and
6  2. Certificate of Service.

7  on the following parties:
8

9  Martin F. McDermott
   Rochelle L. Russell                                   ☐ via facsimile
10 United States Department of Justice                   ☐ via overnight courier
   Environment & Natural Resources Division              ☐ via first-class U.S. mail
11 Environmental Defense Section                         ☐ via hand delivery
   P.O. Box 23986                                        ☐ via e-mail
12 Washington, D.C. 20026-3986                           ☒ via electronic service by Clerk
   **Street Address**:
13 601 D Street, N.W., Suite 8000
14 Washington, D.C. 20004
   (202) 514-4122 [Martin]
15 (202) 514-1950 [Rochelle]
   (202) 514-8865 *[FAX]*
16 *Attorney for Federal Defendants*

17
   Michael W. Steinberg
18 Morgan, Lewis & Bockius LLP                           ☐ via facsimile
   1111 Pennsylvania Avenue, N.W.                        ☐ via overnight courier
19 Washington, D.C. 20004                                ☐ via first-class U.S. mail
   (202) 739-3000                                        ☐ via hand delivery
20 (202) 739-3001 *[FAX]*                                ☐ via e-mail
   *Attorney for Proposed Intervenors Superfund*         ☒ via electronic service by Clerk
21 *Settlements Project, RCRA Corrective Action Project,*
22 *and American Petroleum Institute*

23
24
25
26
27
28

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Benjamin P. Smith<br>Laura A. Lee | ☐ via facsimile |
| 2 | Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower | ☐ via overnight courier<br>☐ via first-class U.S. mail |
| 3 | San Francisco, CA 94105<br>(415) 442-1000 | ☐ via hand delivery<br>☐ via e-mail |
| 4 | (415) 442-1001 *[FAX]* | ☒ via electronic service by Clerk |
| 5 | *Attorney for Proposed Intervenors Superfund*<br>*Settlements Project, RCRA Corrective Action Project,* | |
| 6 | *and American Petroleum Institute* | |

8   I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

9   Executed on this 19th day of June, 2008, at Seattle, Washington.

*[signature]*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*