LISA GOLLIN EVANS (MA SB # 200730)    THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| STEPHEN JOHNSON, et al., | ) |
| Defendants, | ) |
| and | ) |
| SUPERFUND SETTLEMENTS PROJECT, et al., | ) |
| Defendant-Intervenors. | ) |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On June 26, 2008, I served a true and correct copy of:

1. Joint Case Management Statement; and
2. Certificate of Service.

on the following parties:

| Martin F. McDermott<br>Rochelle L. Russell<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>**Street Address**:<br>601 D Street, N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-4122 [Martin]<br>(202) 514-1950 [Rochelle]<br>(202) 514-8865 *[FAX]*<br>*Attorney for Federal Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |
| --- | --- |
| Michael W. Steinberg<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000<br>(202) 739-3001 *[FAX]*<br>*Attorney for Proposed Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| 1  Benjamin P. Smith<br>   Laura A. Lee<br>2  Morgan, Lewis & Bockius LLP<br>   One Market, Spear Street Tower<br>3  San Francisco, CA 94105<br>   (415) 442-1000<br>4  (415) 442-1001 *[FAX]*<br>   *Attorney for Proposed Intervenors Superfund*<br>5  *Settlements Project, RCRA Corrective Action Project,*<br>6  *and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

7

8    I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

9  Executed on this 26th day of June, 2008, at Seattle, Washington.

10

11

12                            *Catherine Hamborg*

13

...

28

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*