LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | |
| v. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| STEPHEN JOHNSON, et al., | |
| Defendants, | |
| and | |
| SUPERFUND SETTLEMENTS PROJECT, et al., | |
| Defendant-Intervenors. | |

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (Case No. 3:08-cv-01409-WHA)    -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1    This case involves review of Federal Defendants' alleged failure to issue regulations
2 governing financial responsibility in connection with the production, storage, transport, treatment
3 and disposal of hazardous substances.  Plaintiffs and Defendant-Intervenors anticipate that,
4 depending on their content, such rules may substantially affect the financial interests of persons,
5 firms, partnerships, corporations or other entities producing, handling or disposing of hazardous
6 substances.  Plaintiffs observe that industry representatives have been granted intervention to protect
7 their interests.
8    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
9 named parties, they are aware of no particular interests to report, although, as stated above, this
10 litigation could affect a broad variety of entities participating in activities involving hazardous
11 substances.
12    Respectfully submitted this 2nd day of July, 2008.

/s/  Lisa Gollin Evans
LISA GOLLIN EVANS
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (Case No. 3:08-cv-01409-WHA)    -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| 1 | GREGORY C. LOARIE (CA Bar No. 215859) |
| 2 | Earthjustice |
|   | 426 - 17th Street, 5th Floor |
| 3 | Oakland, CA  94612 |
|   | (510) 550-6725 |
| 4 | (510) 550-6749 *[FAX]* |
|   | gloarie@earthjustice.org |
| 5 | |
|   | *Local Counsel for Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*