LISA GOLLIN EVANS (MA SB # 200730)  
(Admitted *Pro Hac Vice*)  
Earthjustice  
21 Ocean Avenue  
Marblehead, MA  01945  
(781) 631-4119  
levans@earthjustice.org  

JAN HASSELMAN (WSB #29107)  
(Admitted *Pro Hac Vice*)  
Earthjustice  
705 Second Avenue, Suite 203  
Seattle, WA  98104  
(206) 343-7340  
(206) 343-1526 *[FAX]*  
jhasselman@earthjustice.org  

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)  
Earthjustice  
426 - 17th Street, 5th Floor  
Oakland, CA  94612  
(510) 550-6725  
(510) 550-6749 *[FAX]*  
gloarie@earthjustice.org  

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF CALIFORNIA  
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| STEPHEN JOHNSON, et al., | ) |
| Defendants, | ) |
| and | ) |
| SUPERFUND SETTLEMENTS PROJECT, et al., | ) |
| Defendant-Intervenors. | ) |

CERTIFICIATE OF SERVICE  
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*  
*705 Second Ave., Suite 203*  
*Seattle, WA  98104*  
*(206) 343-7340*

1   I am a citizen of the United States and a resident of the State of Washington. I am over 18
2   years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,
3   Seattle, Washington 98104.
4   On July 2, 2008, I served a true and correct copy of:

   1. Certification of Interested Entities or Persons; and
   2. Certificate of Service.

on the following parties:

| Martin F. McDermott<br>Rochelle L. Russell<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>**Street Address**:<br>601 D Street, N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-4122 [Martin]<br>(202) 514-1950 [Rochelle]<br>(202) 514-8865 *[FAX]*<br>*Attorney for Federal Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |
|---|---|
| Michael W. Steinberg<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000<br>(202) 739-3001 *[FAX]*<br>*Attorney for Proposed Intervenors Superfund*<br>*Settlements Project, RCRA Corrective Action Project,*<br>*and American Petroleum Institute* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by Clerk |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Benjamin P. Smith
Laura A. Lee
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 *[FAX]*
*Attorney for Proposed Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of July, 2008, at Seattle, Washington.

*Catherine Hamborg*

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA) -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*