**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 3, 2008

Case No. C 08-01409 WHA

Title: SIERRA CLUB v. STEPHAN JOHNSON

Plaintiff Attorneys: Lisa Evans; Gregory Loarie

Defense Attorneys: Rochelle Russell; Laura Lee (Intervener)

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Dft's Motion to Dismiss - HELD

2) CMC - HELD


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Defendant can file a supplemental brief on the motion to dismiss by 7/7/08. Court adopts the parties proposal in the joint case management conference to hear the motions for summary judgment on 12/11/08.