MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG
Admitted *Pro Hac Vice*
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  202.739.5141
Fax:  202.739.3001
E-mail:  msteinberg@morganlewis.com

*Attorney for Intervenor Treated Wood Council*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  bsmith@morganlewis.com

*Local Co-Counsel for Intervenor*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants,<br><br>and SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTE,<br><br>Intervenors. | Case No. C-08-01409-WHA<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR TREATED WOOD COUNCIL'S MOTION TO INTERVENE**<br><br>Date:    September 4, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   The Honorable William H. Alsup |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA

Upon consideration of the Motion for Leave to Intervene of the Treated Wood Council, the Memorandum of Points and Authorities included in the Motion, and any responses thereto, it is this _____ day of _____, 2008 hereby

ORDERED that the Motion for Leave to Intervene is GRANTED; and it is

FURTHER ORDERED that Intervenor Treated Wood Council shall be and hereby is made party to the above-captioned case, with the full rights attendant thereto.

Dated: _____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA