MORGAN, LEWIS & BOCKIUS LLP
MICHAEL W. STEINBERG
Admitted *Pro Hac Vice*
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  202.739.5141
Fax:  202.739.3001
E-mail:  msteinberg@morganlewis.com

*Attorney for Intervenor Treated Wood Council*

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH, State Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  bsmith@morganlewis.com

*Local Co-Counsel for Intervenor*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants,<br><br>and SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTE,<br><br>Intervenors. | Case No. C-08-01409-WHA<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR TREATED WOOD COUNCIL'S MOTION TO INTERVENE**<br><br>Date:     September 4, 2008<br>Time:    8:00 a.m.<br>Place:    Courtroom 9, 19th Floor<br>Judge:   The Honorable William H. Alsup |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA

1  Upon consideration of the Motion for Leave to Intervene of the Treated Wood Council,
2  the Memorandum of Points and Authorities included in the Motion, and any responses thereto, it
3  is this _____ day of _____, 2008 hereby
4  ORDERED that the Motion for Leave to Intervene is GRANTED; and it is
5  FURTHER ORDERED that Intervenor Treated Wood Council shall be and hereby is
6  made party to the above-captioned case, with the full rights attendant thereto.
7  Dated: _____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA