RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

MARTIN F. McDERMOTT (SBN 6183307 (IL))
ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 514-1950
Fax:   (202) 514-8865
Email: martin.mcdermott@usdoj.gov
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>　　　　Defendants,<br><br>and<br><br>SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTES,<br><br>　　　　Defendant-Intervenors. | Civil Case No. C 08-01409 WHA<br><br>**DEFENDANTS' RESPONSE TO PROPOSED INTERVENOR TREATED WOOD COUNCIL'S MOTION TO INTERVENE** |

1  Defendants Stephen L. Johnson, as Administrator of the United States Environmental
2  Protection Agency, and Mary E. Peters, as Secretary of the United States Department of
3  Transportation, hereby state that they take no position in response to the Motion to Intervene
4  filed by Proposed Intervenor Treated Wood Council, DE #59, except that Defendants do not
5  accept any liability for fees or costs related to time spent on issues raised by Treated Wood
6  Counsel as an Intervenor in this case.

Respectfully submitted,

Dated:   August 6, 2008
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
MARTIN F. McDERMOTT
ROCHELLE L. RUSSELL
Trial Attorneys
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
*Counsel for Defendants*

Of Counsel:

MARY GLEAVES
Office of General Counsel
U.S. Environmental Protection Agency
Pesticides and Toxic Substances Law Office
Ariel Rios Building,
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

THOMAS F. MAHONEY
Office of the General Counsel (C-30)
Rm W 94-312
U.S. Department of Transportation
1200 New Jersey Ave., S.E.
Washington, D.C. 20590

---

DEFENDANTS' RESPONSE TO
PROPOSED INTERVENOR TREATED
WOOD COUNCIL'S MOTION TO INTERVENE      - 1 -      No. C 08-01409 WHA

**CERTIFICATE OF SERVICE**

I certify that on <u>August 6, 2008</u>, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PROPOSED INTERVENOR TREATED WOOD COUNCIL'S MOTION TO INTERVENE** was served electronically via the Court's e-filing system to Counsel of Record.

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL