LISA GOLLIN EVANS (MA SB # 200730)  THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| STEPHEN JOHNSON, et al., | ) |
| Defendants, | ) |
| and | ) |
| SUPERFUND SETTLEMENTS PROJECT, et al., | ) |
| Defendant-Intervenors. | ) |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  I am a citizen of the United States and a resident of the State of Washington. I am over 18
2  years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,
3  Seattle, Washington 98104.
4  On August 6, 2008, I served a true and correct copy of:

5  1. Plaintiffs' Response to Order to Show Cause; and
6  2. Certificate of Service.

7  on the following parties:

8  Martin F. McDermott
9  Rochelle L. Russell                                   ☐ via facsimile
   United States Department of Justice                    ☐ via overnight courier
10 Environment & Natural Resources Division               ☐ via first-class U.S. mail
   Environmental Defense Section                          ☐ via hand delivery
11 P.O. Box 23986                                         ☐ via e-mail
   Washington, D.C. 20026-3986                            ☒ via electronic service by Clerk
12 **Street Address**:
13 601 D Street, N.W., Suite 8000
   Washington, D.C. 20004
14 (202) 514-4122 [Martin]
   (202) 514-1950 [Rochelle]
15 (202) 514-8865 *[FAX]*
   *Attorney for Federal Defendants*
16

17 Michael W. Steinberg
   Morgan, Lewis & Bockius LLP                            ☐ via facsimile
18 1111 Pennsylvania Avenue, N.W.                         ☐ via overnight courier
   Washington, D.C. 20004                                 ☐ via first-class U.S. mail
19 (202) 739-3000                                         ☐ via hand delivery
   (202) 739-3001 *[FAX]*                                 ☐ via e-mail
20 *Attorney for Intervenors Superfund Settlements Project,* ☒ via electronic service by Clerk
21 *RCRA Corrective Action Project, and American*
   *Petroleum Institute; and Proposed Intervenors Treated*
22 *Wood Council*

23
24
25
26
27
28

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Benjamin P. Smith
Laura A. Lee
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 *[FAX]*
*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute; and Proposed Intervenor Treated Wood Council*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of August, 2008, at Seattle, Washington.

*[signature]*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*