IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,

    Plaintiffs,

v.

STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,

    Defendants,

and

SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTES,

    Defendant-Intervenors.

No. C 08-01409 WHA

**ORDER APPROVING PROPOSED BRIEFING SCHEDULE**

The parties proposed briefing schedule for summary judgment set forth in the joint case management statement (Dkt. 52) is hereby **APPROVED**. The hearing on the motions for summary judgment will be on **DECEMBER 11, 2008, AT 8AM**.

**IT IS SO ORDERED.**

Dated: August 18, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE