| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHAEL W. STEINBERG |
| 2 | Admitted *Pro Hac Vice* |
| | 1111 Pennsylvania Avenue, NW |
| 3 | Washington, DC  20004 |
| | Tel:  202.739.5141 |
| 4 | Fax:  202.739.3001 |
| | E-mail:  msteinberg@morganlewis.com |
| 5 | |
| | *Attorney for Intervenor Treated Wood Council* |
| 6 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | BENJAMIN P. SMITH, State Bar No. 197551 |
| | One Market, Spear Street Tower |
| 8 | San Francisco, CA 94105 |
| | Tel:  415.442.1000 |
| 9 | Fax:  415.442.1001 |
| 10 | E-mail:  bsmith@morganlewis.com |
| 11 | *Local Co-Counsel for Intervenor* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE, | Case No. C-08-01409-WHA |
| | [~~PROPOSED~~] ORDER GRANTING INTERVENOR TREATED WOOD COUNCIL'S MOTION TO INTERVENE |
| Plaintiffs, | |
| vs. | Date:      September 4, 2008 |
| | Time:      8:00 a.m. |
| STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation, | Place:     Courtroom 9, 19th Floor |
| | Judge:     The Honorable William H. Alsup |
| Defendants, | |
| and SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, and AMERICAN PETROLEUM INSTITUTE, | |
| Intervenors. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA

Upon consideration of the Motion for Leave to Intervene of the Treated Wood Council, the Memorandum of Points and Authorities included in the Motion, and any responses thereto, it is this __2nd__ day of _____September_____, 2008 hereby

ORDERED that the Motion for Leave to Intervene is GRANTED; and it is

FURTHER ORDERED that Intervenor Treated Wood Council shall be and hereby is made party to the above-captioned case, with the full rights attendant thereto.

Dated: __September 2__, 2008

IT IS SO ORDERED
Judge William Alsup

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING TREATED
WOOD COUNCIL'S MOTION TO INTERVENE
NO. C-08-01409-WHA