LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great
Basin Resource Watch, Amigos Bravos, and
Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, et al., | ) | Case No.  3:08-cv-01409-WHA |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | DECLARATION OF ELIZABETH |
| | ) | CUMBERLAND |
| STEPHEN JOHNSON, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| SUPERFUND SETTLEMENTS PROJECT, et al., | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

DECLARATION OF ELIZABETH CUMBERLAND
(Case No. 3:08-cv-01409-WHA)

I, ELIZABETH CUMBERLAND, declare and state as follows:

1.      I am over the age of 21 and competent to testify to all matters contained herein.

2.      I reside at 761 Martindale Falls, Martindale, Texas 78655.  I was born in Kingsville, Texas and lived on the farm where Uranium Resources, Inc. ("URI") is mining for uranium until I reached adulthood.  I have lived at 761 Martindale Falls, Martindale, Texas 78655 since 1997.

3.      I have been a member of the Sierra Club since 2007.

4.      My family's farm is located in the heart of the Texas site of the Kingsville Dome in situ leach uranium mine owned and operated by URI.

5.      Since 1988 when URI started actual mining, the groundwater on our land has been dangerous to drink or use for any purpose, the surface has lain dormant, toxic with radioactivity, and now the farmland is fenced in by URI, padlocked, posted with signs warning of radioactivity, and returning to brush mixed with broken wellheads which expose the groundwater to further contamination.  To date, URI has not submitted an application to begin the restoration certification process, a process which takes a minimum of twelve months, but usually takes several years.

6.      Our farmland in PAA2 has also lost ninety percent of its value in dollars.  Much worse, the legacy of good farming established by our grandfather and father is now, instead, a danger to our neighbors' water wells, a hazard to migrating birds flying within the largest migratory route in the United States – the Great Coastal Birding Trail, a threat of lowered land values to the whole neighborhood, and a "barren wasteland" according to the appraisal district.

7.      At present, URI has three production areas, PAA1, PAA2, and PAA3.  My family owns property in PAA2 and PAA3.  In PAA2, my family owns the surface (not the minerals) of 80 acres, Farm Lots (1-8), Block 49, Kleberg Town and Improvement Co., Vol. 1, Page 34, Kleberg County, Texas.

8.      Prior to mining, our land was farmed in cotton and grain.  It was valued at $938 per acre in 1988, also the year of our father's death.  See Exhibit A (summary of property tax

DECLARATION OF ELIZABETH CUMBERLAND
(Case No. 3:08-cv-01409-WHA)   -1-

Earthjustice
705 Second Ave., Suite 203
Seattle, WA  98104
(206) 343-7340

1    values filed in probate records).  Today, this same land is valued by the tax appraisal district at

2    $223 per acre.  See Exhibit B (2008 property tax value).  Other nearby land owned by my family

3    facing the same highway has more than doubled in value to $2,412 per acre.  Specifically,

4    eighteen acres located about one mile east, valued at $982 per acre in 1988, are presently valued

5    at $2,412 per acre.  See Exhibit C (2008 property tax value); see also Exhibit A (1988 property

6    tax for Block 47, Lots (1), (2), (7) and (8)).

7         9.    Our groundwater in PAA2, which was generally tested at 11 micrograms uranium

8    per liter prior to mining, is now testing at approximately 3,300 micrograms uranium per liter.

9    See Exhibit D (URI 1st QTR 2008 restoration progress report).  This extremely high

10   concentration (the EPA allows 30 micrograms uranium per liter in drinking, livestock, and

11   irrigation water) persists, although URI reports to the Securities Exchange Commission that it

12   has done restoration work since 2000.  See Exhibit E (10-K/A filed 4/10/08; URRE reported at

13   Edgar Online); see also Edgar Online for 10-K filed in prior years 2000-2007.

14        10.   Even worse, URI makes claims that the groundwater was concentrated in uranium

15   prior to mining and, therefore, even if it ultimately restores the water according to TCEQ rules,

16   the water will be 172 times more concentrated in PAA2 than it was prior to exploration.

17        11.   URI reports to its investors that so far it has spent $3,179,000 for seven years of

18   groundwater restoration work in PAA1 and PAA2.  See Exhibit E (10-K/A filed 4/10/08 URRE

19   reported at Edgar Online); see also 10-K filed in prior years 2000-20007.  Yet, after years of

20   pouring good water through the underground in situ mine (using groundwater flush and reverse

21   osmosis treatment), the groundwater remains at very high levels of uranium in both production

22   areas.  In PAA1 it is 1,400 micrograms per liter, and in PAA2 it is 3,280 micrograms per liter,

23   according to URI's 2008 report to the TCEQ.  See Exhibit D (URI 1st QTR 2008 restoration

24   progress report).

25        12.   In the year 2000, URI threatened bankruptcy.  On August 9, 2000, TCEQ staff

26   attorney Don Redmond told me that the total amount in bonds allocated for restoration of the

27   groundwater at the Kingsville Dome mine ("KVD") (which encompassed PAA1 and PAA2) was

28

DECLARATION OF ELIZABETH CUMBERLAND
(Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1   $1,741,542.00.  At that time, the TCEQ and the Texas Department of Health ("TDH") held

2   restoration bonds for PAA1 and PAA2.  See Exhibit F (memo based on conversation with TCEQ

3   attorney Don Redmond).  As a result of URI's continued threats, in 2000 the TCEQ and TDH

4   entered into an agreement with URI whereby all collateral for the restoration bonds was released

5   to URI, and it agreed to begin restoration of both production areas.

6        13.    Now, with restoration of the groundwater nowhere in sight, and no action taken to

7   even initiate the restoration certification process, URI presently reports it has spent almost 3.2

8   million dollars trying to restore the groundwater.  Yet, the TCEQ had required only $1.7 million

9   in bonding for groundwater restoration.  Clearly, the bond amount was not even close to what

10  has been required so far.

11       14.    URI is presently mining in PAA3 where there is no reason to expect a different

12  outcome.  In PAA3, my family owns the surface (not the minerals) of 160 acres of Farm Lots

13  (11-14), Section 41, Kleberg Town & Improvement Co., Kleberg County, Texas.  Also in PAA3,

14  my family owns the surface and an undivided interest in minerals in an additional 160 acres of

15  Farm Lots (3-6), Block 48, Kleberg Town and Improvement Co., Kleberg County, Texas.  In

16  Texas, one mineral owner cannot prevent other mineral owners of the same property from

17  developing their minerals.  In late 2006, my brothers ratified an expired mineral lease for these

18  160 acres because URI was preparing to mine on our land without a ratification since it had

19  leases from other mineral owners.

20       15.    The U.S. Environmental Protection Agency errs when it does not require facilities

21  that handle hazardous substances, like uranium mines, to provide proper bonding consistent with

22  the degree and duration of risk associated with their activities.  Restoration bond amounts should

23  be based on the amount of money required to return the groundwater to the actual baseline,

24  determined by an independent agency through accurate and statistically valid measurements.

25       16.    If the U.S. EPA requires uranium mines, like URI, to maintain financial assurance

26  sufficient to return the water to the actual baseline, restoration of the groundwater in my

27  community would occur and URI would have greater incentive to prevent the degradation of

28

DECLARATION OF ELIZABETH CUMBERLAND
(Case No. 3:08-cv-01409-WHA)   -3-

Earthjustice
705 Second Ave., Suite 203
Seattle, WA  98104
(206) 343-7340

groundwater while mining in PAA3.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28 day of August, 2008, at Kingsville, Texas.

*Elizabeth Cumberland*
ELIZABETH CUMBERLAND

**DECLARATION OF ELIZABETH CUMBERLAND**
**(Case No. 3:08-cv-01409-WHA)   -4-**

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

# EXHIBIT A

FOR CONFIDENTIAL USE ONLY

"W E CUMBERLAND"          **0016**          PAGE

| CONTROL NUMBER | OWNER NAME | SCH REA | REAL GOVMARKET | MARKET VAL AG APPLIED | IMP/IMPROVEMENT GOV MARKET | LEGAL DESCRIPTION #1 | ACRES |
|---|---|---|---|---|---|---|---|
| 2900002501101 | CUMBERLAND W E | 902 D1 | 11,670 | 55,000 | 0 | 20-K T & I CO N62 AC OF 25 GEO#5412-2000 | 62.000 |
| 2900022207101021 92 | CUMBERLAND W E | 901 D3 | 2,280 | 10,000 | 0 | PT 7 22K T & I CO SYM D GEO#5449-6000 | 10.000 |
| 2900022111100192 | CUMBERLAND W E | 901 D3 | 11,830 | 50,330 | 0 | W50.33 11-14 22K T & I CO GEO#5452-8000 | 50.330 |
| 2900004001100101 | CUMBERLAND W E | 902 D3 | 17,490 | 92,250 | 0 | W95 AC 1-8 40-K T & I CO GEO#5543-3000 | 95. |
| 2900004013100101 | CUMBERLAND W E | 902 D3 | 6,870 | 35,050 | 0 | 540 AC 13-1A 40-K T & I CO GEO#5545-8000 | 40.000 |
| 2900004111101101 | CUMBERLAND W E | 902 E1 | 7,420 | 41,780 | 0  E1 | E53.33 AC11-14 41-K T & I CO GEO#5548-3000 | 53.330 |
| 2900004701105101 | CUMBERLAND W E | 902 E1 | 1,000 | 0  E1 | 63,500 | PT 1,2 47-K T & I CO SYM 5 | 1.000 |
| 2900004701115101 | CUMBERLAND W E | 902 D1 | 3,790 | 17,860 | 0 | PT 1,2 47-K T & I CO SYM 5 GEO#5619-3000 | 18,300 |
| 2900004805100101 | CUMBERLAND W E | 902 D1 | 10,800 | 47,380 | 0 | W53.33 AC 3-4 48-K T & I CO GEO#5528-1000 | 53.330 |
| 2900004701102101 | CUMBERLAND W E | 902 D3 | 14,440 | 75,050 | 0 | W PT E 200 AC 1-8 49-K T & I CO GEO#5633-4000 | 80.000 |

# OF RECORDS          10

LAST PAGE

# EXHIBIT B

**TaxNetUSA** : **Kleberg County Property Information**     **PIDN:** 14456  **GEO:** 290004901102101

| | | |
|---|---|---|
| Owner Name | **CUMBERLAND W E TRUST** | |

| Entity Code | Entity Name | Tax Rate 2007 |
|---|---|---|
| GKL | Kleberg County | 0.646400 |
| SRC | Ricardo ISD | 1.170000 |
| WST | South Texas Water Authority | 0.056880 |
| CAD | | |
| | Total | 1.87328 |
| | *Total Estimated Taxes | **$167.10** |

**Mailing Address**
% DALE CUMBERLAND CO-TRUSTEE
1421 SLEEPY HOLLOW
NEW BRAUNFELS, TX 78130-

**Location**
CO R D 1080

**Legal**
K T & I CO, BLOCK 49, LOT W PT E200 AC 1-8, 50%
UNDIVIDED INTEREST, (DAC 40.00), ACRES 80.
50% UNDIVIDED INTEREST, (DAC 40.00)

Data up to date as of Aug 12, 2008 including 2008 Certified values.

Note:The Total Estimated Taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. *Tax amount does not include any abatements or exemptions.

### Property Details

| | |
|---|---|
| Deed Date | // |
| Deed Volume | |
| Deed Page | |
| Docket No. | |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 80.0000 |
| Block | 49 |
| Tract or Lot | W PT E200 AC 1-8 |
| Abstract Code | S2900 |
| Neighborhood Code | |

### Value Information

| | 2008 Certified |
|---|---|
| Land Value | $8,920.00 |
| Improvement Value | $0.00 |
| AG Value | $0.00 |
| AG Productivity Value | $0.00 |
| Timber Value | $0.00 |
| Timber Productivity Value | $0.00 |
| Assessed Value | $8,920.00 |
| Total Value | **$8,920.00** |

### Improvement Information

| Improvement ID | State Category | Description |
|---|---|---|

### Segment Information

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| | | | | | Total Living Area | 0 |

### Land Information

| Land ID | Type Code | SPTB Code | Homestead | Size-Acres | Front | Depth | Size-SQFT |
|---|---|---|---|---|---|---|---|
| 4664 | BRNW | D2 | F | 20.000 | 0 | 0 | 871,200 |
| 4665 | BRNW | D2 | F | 13.500 | 0 | 0 | 566,280 |
| 4666 | BRNW | D2 | F | 30.000 | 0 | 0 | 1,306,800 |
| 4667 | BRNW | D2 | F | 12.000 | 0 | 0 | 522,720 |
| 4668 | BRNW | D2 | F | 4.500 | 0 | 0 | 174,240 |

### Improvement Sketch

There is no sketch data available for this parcel.

# EXHIBIT C

**TaxNetUSA :** Kleberg County Property Information          **PIDN:** 25414  **GEO:** 290004701115101

| Owner Name | **CUMBERLAND BYRON L** |
|---|---|

| Entity Code | Entity Name | Tax Rate 2007 |
|---|---|---|
| GKL | Kleberg County | 0.646400 |
| SRC | Ricardo ISD | 1.170000 |
| WST | South Texas Water Authority | 0.056880 |
| CAD | | |

| Mailing Address | P O BOX 493<br>PORT LAVACA, TX 77979- |
|---|---|
| Location | 1118 FM RD |
| Legal | K T & I CO, BLOCK 47, LOT PT 1, 2, 7, 8, ACRES 18.3, (SYM 5)<br>(SYM 5) |

| | Total | 1.87328 |
|---|---|---|
| | *Total Estimated Taxes | $826.87 |

Data up to date as of Aug 12, 2008 including 2008 Certified values.

Note:The Total Estimated Taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. *Tax amount does not include any abatements or exemptions.

### Property Details

| Deed Date | 02/05/2007 |
|---|---|
| Deed Volume | 354 |
| Deed Page | 935 |
| Docket No. | |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 18.3000 |
| Block | 47 |
| Tract or Lot | PT 1, 2, 7, 8 |
| Abstract Code | S2900 |
| Neighborhood Code | |

### Value Information

| | 2008 Certified |
|---|---|
| Land Value | $0.00 |
| Improvement Value | $0.00 |
| AG Value | $44,140.00 |
| AG Productivity Value | $2,420.00 |
| Timber Value | $0.00 |
| Timber Productivity Value | $0.00 |
| Assessed Value | $44,140.00 |
| Total Value | $44,140.00 |

### Improvement Information

| Improvement ID | State Category | Description |
|---|---|---|

### Segment Information

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| | | | | | Total Living Area | 0 |

### Land Information

| Land ID | Type Code | SPTB Code | Homestead | Size-Acres | Front | Depth | Size-SQFT |
|---|---|---|---|---|---|---|---|
| 16034 | IMPR2 | D1 | F | 6.610 | 0 | 0 | 287,932 |
| 132995 | IMPR3 | D1 | F | 11.690 | 0 | 0 | 509,216 |

### Improvement Sketch

There is no sketch data available for this parcel.

# EXHIBIT D

*URI, INC.*

(A Subsidiary of Uranium Resources, Inc.)

| | | |
|---|---|---|
| Rosita Operations | 650 South Edmonds Lane | Kingsville Operations |
| HC01, Box 50 | Suite 108 | 641 East FM 1118 |
| San Diego, Texas 78384 | Lewisville TX, 75067 | Kingsville, Texas 78363 |
| Telephone: (361) 279-3307 | Telephone: (972) 219-3330 | Telephone: (361) 595-5731 |
| Fax: (361) 279-2260 | Fax: (972) 219-3311 | Fax: (361) 595-0403 |

April 14, 2008

Texas Commission on Environmental Quality (MC172)
Office of Compliance and Enforcement
Homeland Security
Attention: Dale Kohler
12100 Park 35 Circle (Bldg "C")
P.O. Box 13087
Austin, Texas 78711-3087

RECEIVED

APR 2 3 2008

TCEQ
CENTRAL FILE ROOM

RE: **Progress Report (1st QTR 2008) for Restoration Activities at
URI's Kingsville Dome and Rosita Uranium Facilities in South Texas**

Dear Mr. Kohler:

Attached is the quarterly report covering restoration progress at the Kingsville Dome and Rosita mines. This is a complimentary report, rather than required, since the Groundwater Restoration Performance Agreement with the TCEQ and the DSHS has expired. This document covers the progress for the calendar quarter ending March 31, 2008.

As in the past, I have included two copies of the report so that you may file one in each of the Kingsville and Rosita files. I have also included an additional copy for Muhammadali Abbaszadeh. Should you have any questions concerning this report, please contact me at the Kingsville office.

Sincerely,

*Ron Grant*

Ronald E. Grant
Reservoir Engineer
URI, Inc.

cc: M. Buckley, TCEQ– Corpus
Muhammadali Abbaszadeh, TCEQ - Austin

Uranium Resources, Inc
## Quarterly Restoration Progress Report
Kingsville and Rosita Properties

This is the First Quarter, 2008 URI Restoration Report for URI's Kingsville Dome and Rosita Projects. It covers groundwater restoration activities at URI's uranium mine facilities in South Texas for the period January 1, 2008 through March 31, 2008. During the first quarter of 2008, URI treated 110.14 million gallons of groundwater at the two South Texas facilities.

## KINGSVILLE

During the quarter, KVD treated 70.92 MM gallons as compared to the minimum requirement of 61.04 MM gallons. This is 9.88 million gallons more than the minimum requirement for this quarter.

### Wellfield Operations

We are now restoring wells in WF-6 which is the only remaining wellfield to be restored in PAA-2 North of F.M. 1118. Individual well plots and baseline data for PAA2 may be seen in the Appendices. Baseline data for PAA1 and PAA2 is summarized in Table No. 1 and Table No. 2 respectively.

## KINGSVILLE RO OPERATIONS

While in operation, the RO processed 61.83 MM gallons of groundwater and sent 46.64 MM gallons of clean product water back to the field. Conductivities for product water averaged 1148 uhmos based on a feed average of 2193 uhmos. Reject for the month averaged 24.6% of feed. Detailed operating data can be seen in the Appendices. At the end of this quarter there have been operational problems with the RO. Tuesday 3-25-08, the differential pressure on the first stage for the RO begin rising above its normal operating pressure of 25 psi. After three days, the differential pressure was in the 70 to 90 psi. range, and the flow capacity for the RO was reduced to approximately 50% of its normal capacity. This was occurring at the same time that the feed pump for the RO began showing signs of failure, and it was not certain at that time which was the major contributor to the loss of flow. The feed pump was disassembled on Friday, 3-28-08 and required replacement of the impeller which was done that very day. Flow was erratic over the weekend, and on the evening of Monday, 3-31-08, it was discovered that the RO had failed internally and was passing water without treatment. It was shut in at that time. Repairs are presently in progress and all membranes have been removed from their tubes and are undergoing inspection.

## WDW 248

WDW-248 injection for the 1st Quarter, 2008 was 24.29 MM gallons. There have been no problems with WDW 248 during this quarter.

## TABLE No. 1
## KINGSVILLE DOME MINE
## COMPARISON OF PAA1 BASELINE WELLS TO LIMITS

| | pH | Ec (umhos) | U3O8 (mg/l) | Cl (mg/l) | Ca (mg/l) | HCo3 (mg/l) | SO4 (mg/l) | Mo (mg/l) |
|---|---|---|---|---|---|---|---|---|
| BL-EX-1 | | | | Well Abandoned | | | | |
| BL-EX-2 | 7.4 | 1485 | 2.1 | 199 | 93 | 342 | 226 | 1.50 |
| BL-EX-3 | 7.4 | 1635 | 2.4 | 246 | 135 | 368 | 226 | 0.95 |
| BL-I-1 | 7.3 | 1588 | 0.4 | 246 | 135 | 387 | 426 | 3.70 |
| BL-I-2 | 8.0 | 1748 | 0.2 | 233 | 129 | 368 | 275 | 0.05 |
| BL-I-3 | 7.8 | 1935 | 2.5 | 246 | 117 | 406 | 306 | 0.06 |
| BL-I-4 | 7.4 | 1686 | 0.4 | 206 | 75 | 366 | 318 | 2.10 |
| BL-I-5 | 7.1 | 1760 | 3.4 | 186 | 304 | 431 | 426 | 2.30 |
| BL-I-6 | | Insufficient Sample | | | | | | |
| BL-I-7 | 7.7 | 1826 | 0.3 | 246 | 87 | 366 | 368 | 3.30 |
| BL-I-8 | 7.1 | 1400 | 1.3 | 133 | 210 | 393 | 321 | 0.94 |
| BL-I-9 | 7.0 | 1655 | 3.1 | 93 | 234 | 381 | 527 | 5.00 |
| BL-I-10 | 7.2 | 1456 | 2.2 | 199 | 99 | 342 | 197 | 4.90 |
| BL-I-11 | | Insufficient Sample | | | | | | |
| BL-I-12 | 7.3 | 2840 | 0.2 | 266 | 195 | 444 | 440 | 2.70 |
| BL-I-13 | 7.7 | 1567 | 0.3 | 219 | 150 | 317 | 240 | 0.19 |

*Comparison to Restoration Table Values*

| | pH | Ec | U3O8 | Cl | Ca | HCo3 | SO4 | Mo |
|---|---|---|---|---|---|---|---|---|
| Well Average | 7.4 | 1737 | 1.4 | 209 | 151 | 378 | 330 | 2.13 |
| Restoration Table | 8.74 | 1717 | 0.164 | 234 | 20.8 | 268 | 204 | 0.06 |

*Comparison to Restoration Range Table Values*

| | pH | Ec | U3O8 | Cl | Ca | HCo3 | SO4 | Mo |
|---|---|---|---|---|---|---|---|---|
| Well Average | 7.4 | 1737 | 1.44 | 209 | 151 | 378 | 330 | 2.13 |
| Restoration Range Table (High) | 9.50 | 2100 | 1.89 | 352 | 74 | 505 | 310 | 0.84 |
| Restoration Range Table (Low) | 7.37 | 1470 | 0.002 | 196 | 5.15 | 142 | 13 | <.01 |

Table No. 2

KINGSVILLE DOME MINE

COMPARISON OF PAA2 BASELINE WELLS TO LIMITS

| Well | pH | Ec (umhos) | U3O8 (mg/l) | Cl (mg/l) | Ca (mg/l) | HCO3 (mg/l) | SO4 (mg/l) | Mo (mg/l) |
|---|---|---|---|---|---|---|---|---|
| BL 1491 | 8.0 | 1573 | 0.2 | 219 | 246 | 330 | 206 | 0.03 |
| BL 547 | 7.6 | 1972 | 6.9 | 246 | 117 | 409 | 567 | 3.10 |
| BL 1240 | 8.0 | 1362 | 3.9 | 179 | 51 | 342 | 110 | 2.00 |
| BL 1265 | 7.3 | 1445 | 2.1 | 206 | 102 | 336 | 179 | 3.90 |
| BL 1047 | Insufficient Sample | | | | | | | |

*Comparison to Restoration Table Values*

| Well Average | 7.7 | 1588 | 3.28 | 213 | 129 | 354 | 266 | 2.26 |
|---|---|---|---|---|---|---|---|---|
| Restoration Table | 7.37-8.66 | 1662 | 1.89 | 224 | 25.3 | 327 | 224 | 0.38 |

*Comparison to Restoration Range Table Values*

| Well Average | 7.7 | 1588 | 3.28 | 213 | 129 | 354 | 266 | 2.26 |
|---|---|---|---|---|---|---|---|---|
| Restoration Range Table (High) | 9.50 | 2100 | 1.89 | 352 | 74 | 505 | 310 | 0.84 |
| Restoration Range Table (Low) | 7.37 | 1470 | 0.002 | 196 | 5.15 | 142 | 13 | <.01 |

## ROSITA

Water treated for the first quarter, 2008 totaled 39.22 MM gallons. This is less that the full capacity for Rosita's RO due to our impending shutdown of restoration activities at our Rosita property. In just a few more weeks, restoration activities will cease in PAA-1, PAA-2 and PAA-3. At that point, restoration will be declared compete in PAA-1 and PAA-2, and stabilization will commence. PAA-3, however, is presently being drilled and cased for WF-8. When production ceases in WF-8, restoration operations will once again resume and stabilization can commence when that restoration is complete.

### RO Operations

When in service, the Rosita RO processed over 37.24 MM gallons of groundwater and sent 24.59 MM gallons of product back to the field. Conductivities for product water averaged 1107 uhmos based on a feed average of 3035 uhmos. Reject for the month averaged 34.0% of feed. Detailed operating data can be seen in the Appendix.

# EXHIBIT E

**10-K/A filed 4/10/2008   Uranium Resources, Inc (URRE)**

**Item 2. Properties.**

**South Texas**

We currently control 3 major properties in the state of Texas. The Kingsville Dome, Rosita and Vasquez properties are shown in Figure No. 2.1 and are described below.

**Figure No 2.1. Texas Properties Location Map**

**FPRIVATE
"TYPE=PICT;ALT=GRAPHIC"**

*Kingsville Dome (Figure 2.2)*

*The Property.* The Kingsville Dome property consists of mineral leases from private landowners on about 2,354 gross and net acres located in central Kleberg County, Texas. The leases provide for royalties based upon a percentage of uranium sales of 6.25%. The leases have expiration dates ranging from 2000 to 2007. We hold most of these leases by production; and with a few minor exceptions, all the leases contain clauses

that permit us to extend the leases not held by production by payment of a per acre royalty ranging from $10 to $30. We have paid such royalties on all material acreage. Mineralization is found in the Goliad formation at depths of 600 to 750 feet.

*Production History.* Initial production commenced in May 1988. From then until July 1999, we produced a total of 3.5 million pounds. Production was stopped in July 1999, because of depressed uranium prices. We spent about $8.0 million in capital expenditures at Kingsville Dome in 2007. We

26

resumed production at Kingsville Dome in April 2006 and produced 338,100 pounds of uranium in 2007. We spent about $10.4 million in capital expenditures and produced 94,100 pounds of uranium in 2006. We believe that there is a significant quantity of uranium remaining at Kingsville Dome.

*Permitting Status.* A radioactive material license and underground injection control permit have been issued. As new areas are proposed for production, additional authorizations under the area permit are required. Approval of our Production Area Authorization #3 was received in February 2006 which allowed for the start-up of production at Kingsville Dome in April 2006. See " **Legal Proceedings** ."

*Restoration and Reclamation.* During 2007, we conducted restoration activities as required by the permits and licenses on this project, spending approximately $595,000 on such activities. In 2006 and 2005, we spent about $321,000 and $358,000 in restoration costs.

# EXHIBIT F

To: Vic Heller
fax no. 512-475-3741

Rick Lowerre
fax no.

Craig Holmes
fax no. 512-250-0727

From: Elizabeth Cumberland
tel. no. 512-805-0566

Date: August 9, 2000

Re: Bond amounts, agencies, purposes, and site allocation which were provided today by staff attorney Don Redmond, TNRCC.

| $ 233,693.00 | TNRCC | plug & abandonment | Kingsville |
| $ 390,123.00 | TNRCC | plug & abandonment | Kingsville |
| $ 91,149.00 | TNRCC | plug & abandonment | Kingsville |
| $ 125,000.00 | TNRCC | plug & abandonment | Kingsville |
| **$1,741,542.00** | **TDH** | **ground water restoration** | **KVD** |
| $ 699,458.00 | TDH | surface restoration | Kingsville & Rosita |
| $ 92,076.00 | TNRCC | plug & abandonment | Rosita |
| $ 227,779.00 | TNRCC | plug & abandonment | Rosita |
| $ 100,299.00 | TNRCC | plug & abandonment | Rosita |
| $ 126,000.00 | TNRCC | plug & abandonment | Rosita |
| **$1,909,643.00** | **TDH** | **ground water restoration** | **Rosita** |

TOTAL     $5,736,762.00     minus $546,154 (Rosita) = $5,190,608.00

PLEASE NOTE THAT THE BONDS WHICH ARE UNDERLINED ARE THE ONLY BONDS CONTEMPLATED IN THE AGREEMENT.

**Appendix A**
**Uranium Resources, Inc.**
**Restoration Expenditures**
**July 1, 2000 - December 31, 2001**

| | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|
| KVD Direct Restoration | 57,503 | 57,503 | 57,503 | 57,503 | 57,503 | 63,503 | 57,503 | 57,503 | 57,503 |
| Rosita Direct Restoration | 38,567 | 44,267 | 44,267 | 44,267 | 44,267 | 50,267 | 42,898 | 42,898 | 42,898 |
| Rosita Restoration Capital | 26,850 | 68,630 | 5,000 | | | | | | |
| RAV, MSP & THE plus 20% Burden rate** | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 |
| Total | $140,140 | $187,620 | $123,990 | $118,990 | $118,990 | $130,990 | $117,621 | $117,621 | $117,621 |
| Quarterly Totals | | | $451,750 | | | $368,970 | | | $352,863 |
| Cummulative Expenditures | $140,140 | $327,760 | $451,750 | $570,740 | $689,730 | $820,720 | $938,341 | $1,055,962 | $1,173,583 |

| | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 |
|---|---|---|---|---|---|---|---|---|---|
| KVD Direct Restoration | 57,503 | 57,503 | 57,503 | 57,503 | 57,503 | 57,503 | 57,503 | 57,503 | 63,503 |
| Rosita Direct Restoration | 42,898 | 42,898 | 42,898 | 42,898 | 42,898 | 42,898 | 42,898 | 42,898 | 48,898 |
| Rosita Restoration Capital | | | | | | | | | |
| RAV, MSP & THE plus 20% Burden rate** | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 | 17,220 |
| Total | $117,621 | $117,621 | $117,621 | $117,621 | $117,621 | $117,621 | $117,621 | $117,621 | $129,621 |
| Quarterly Totals | | | $352,863 | | | $352,863 | | | $364,863 |
| Cummulative Expenditures | $1,291,204 | $1,408,825 | $1,526,446 | $1,644,067 | $1,761,688 | $1,879,309 | $1,996,930 | $2,114,551 | $2,244,172 |

**NOTE: 100% OF RAV, 16 hrs/week for MSP, & 8 hours/week for THE