LISA GOLLIN EVANS (MA SB # 200730)         THE HONORABLE WILLIAM H. ALSUP
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., ) | Case No.  3:08-cv-01409-WHA |
| ) | |
| Plaintiffs, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| STEPHEN JOHNSON, et al., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| SUPERFUND SETTLEMENTS PROJECT, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

CERTIFICIATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)   -1-

1  I am a citizen of the United States and a resident of the State of Washington. I am over 18
2  years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,
3  Seattle, Washington 98104.
4  On September 4, 2008, I served a true and correct copy of:

5
6  1.  Notice of Motion, Motion, and Memorandum in Support of Plaintiffs' Motion for Summary Judgment;
   2.  Exhibits 1-15 in Support of Motion for Summary Judgment;
7  3.  Declaration of Richard E. Cargill;
   4.  Declaration of Mariana Chew-Sanchez;
8  5.  Declaration of Elizabeth Cumberland;
   6.  Declaration of Ed Hopkins;
9  7.  Declaration of Carol Morgan Eagle;
10 8.  Declaration of Dan Randolph;
   9.  Declaration of Judy Riede;
11 10. Declaration of John Robison;
   11. Declaration of Eleuterio (Teo) Saenz;
12 12. Declaration of Taylor Streit;
13 13. [Proposed] Order Granting Plaintiffs' Motion for Summary Judgment; and
   14. Certificate of Service.
14
on the following parties:
15
Martin F. McDermott
16 Rochelle L. Russell                                  ☐ via facsimile
17 United States Department of Justice                  ☐ via overnight courier
   Environment & Natural Resources Division             ☐ via first-class U.S. mail
18 Environmental Defense Section                        ☐ via hand delivery
   P.O. Box 23986                                       ☐ via e-mail
19 Washington, D.C. 20026-3986                          ☒ via electronic service by Clerk
   **Street Address**:
20 601 D Street, N.W., Suite 8000
21 Washington, D.C. 20004
   (202) 514-4122 [Martin]
22 (202) 514-1950 [Rochelle]
   (202) 514-8865 *[FAX]*
23 *Attorney for Federal Defendants*
24
25
26
27
28
CERTIFICATE OF SERVICE                                 *Earthjustice*
(Case No. 3:08-cv-01409-WHA)  -2-                      *705 Second Ave., Suite 203*
                                                       *Seattle, WA  98104*
                                                       *(206) 343-7340*

1  Michael W. Steinberg
Morgan, Lewis & Bockius LLP
2  1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
3  (202) 739-3000
(202) 739-3001 *[FAX]*
4  *Attorney for Defendant-Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute; and Treated Wood Council*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

7  Benjamin P. Smith
Laura A. Lee
8  Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
9  San Francisco, CA 94105
10  (415) 442-1000
(415) 442-1001 *[FAX]*
11  *Attorney for Defendant-Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute; and Treated Wood Council*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of September, 2008, at Seattle, Washington.

*Catherine Hamborg*

CERTIFICATE OF SERVICE
(Case No. 3:08-cv-01409-WHA)  -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*