LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | |
| v. | STIPULATED MOTION FOR LEAVE TO FILE SURREPLY; [PROPOSED] ORDER |
| STEPHEN JOHNSON, et al., | |
| Defendants, | |
| and | |
| SUPERFUND SETTLEMENTS PROJECT, et al., | |
| Defendant-Intervenors. | |

STIPULATED MOTION FOR LEAVE TO FILE SURREPLY;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  Pursuant to Civil L.R. 7-12, plaintiffs, Sierra Club <u>et al.</u>, hereby files this Stipulated Motion
2  for Leave to File a Surreply to the Defendant's Reply in Support of Counter-Motion for Summary
3  Judgment, filed December 19, 2008.  Plaintiffs request leave to file this Surreply (attached as
4  Exhibit 1) for the limited purpose of addressing two recent Ninth Circuit cases that were decided
5  after the filing of Plaintiffs' Reply Memorandum in Support of its Motion for Summary Judgment.
6  Federal defendants relied on both cases in their Reply.
7  Respectfully submitted this 5th day of January, 2009.

/s/  Jan Hasselman
JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

LISA GOLLIN EVANS
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great
Basin Resource Watch, Amigos Bravos, and
Idaho Conservation League*

GREGORY C. LOARIE (CA Bar No. 215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATED MOTION FOR LEAVE TO FILE SURREPLY;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

<u>* per email authorization</u>

<u>/s/  Jan Hasselman, for *</u>
ROCHELLE L. RUSSELL (CA Bar #244992)
MARTIN F. McDERMOTT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
(202) 514-1950
(202) 514-8865 *[FAX]*
rochelle.russell@usdoj.gov
martin.mcdermott@usdoj.gov

*Attorney for Federal Defendants*

<u>* per email authorization</u>

<u>/s/  Jan Hasselman, for *</u>
MICHAEL W. STEINBERG
(Admitted *Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 *[FAX]*
msteinberg@morganlewis.com

*Attorney for Intervenors Superfund Settlements Project, RCRA Corrective Action Project, and American Petroleum Institute*

STIPULATED MOTION FOR LEAVE TO FILE SURREPLY;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

BENJAMIN P. SMITH (State Bar #197551)
LAURA A. LEE
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105
(415) 442-1000
(415) 442-1001 *[FAX]*
bsmith@morganlewis.com
llee@morganlewis.com

*Local Co-Counsel for Intervenors*

[PROPOSED] ORDER GRANTING PLAINTIFFS
LEAVE TO FILE SURREPLY

The hearing for the motions for summary judgment will be on **January 22, 2009 at 8:00 A.M.**
PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __7th__ day of _January_____, 2009

IT IS SO ORDERED
Judge William Alsup

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIPULATED MOTION FOR LEAVE TO FILE SURREPLY;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*