LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | Case No.  3:08-cv-01409-WHA |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND DEADLINE FOR FILING MOTION |
| STEPHEN JOHNSON, et al., | FOR AN AWARD OF ATTORNEYS' FEES AND COSTS; [PROPOSED] |
| Defendants, | ORDER |
| and | |
| SUPERFUND SETTLEMENTS PROJECT, et al., | |
| Defendant-Intervenors. | |

STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)    1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

      Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League and Federal Defendants United States Environmental Protection Agency ("EPA") and United States Department of Transportation ("DOT") hereby agree and stipulate to extend the deadline for filing a motion for an award of attorneys' fees and costs in this matter as follows:

    1.    On February 25, 2009, this Court issued an order granting in part and denying in part Plaintiffs' motion for summary judgment, and ordered EPA to publish a notice of classes of facilities for which financial assurance requirements will be first developed under CERCLA Section 108(b), 42 U.S.C. § 9608(b). On July 28, 2009, EPA published in the Federal Register a notice identifying classes of facilities within the hardrock mining industry for which EPA will first develop financial responsibility requirements under CERCLA Section 108(b). 74 Fed. Reg. 37213 (July 28, 2009). On August 5, 2009, the Court granted the Federal Defendants' motion for summary judgment on the remaining issue of EPA's duty to promulgate and impose financial assurance requirements under CERCLA Section 108(b), and dismissed the case.

    2.    Plaintiffs maintain that, as a result of the Court's February 25, 2009 order and EPA's subsequent actions, and pursuant to CERCLA's citizen suit provision, 42 U.S.C. § 9659(f), they are entitled to an award of attorneys' fees and other costs from the Federal Defendants in this case. Federal Defendants are still evaluating the Court's orders and retain their right to dispute both (1) Plaintiffs' entitlement to an award of reasonable attorneys' fees and costs and (2) the reasonable amount of such attorneys' fees and costs, if such an award were appropriate. Federal Defendants also enter this stipulation without waiving their right to pursue any appeals.

    3.    Nonetheless, Plaintiffs and the Federal Defendants believe that it is appropriate for the parties to attempt to negotiate Plaintiffs' claim for fees and costs first, before seeking resolution from the Court.

    4.    The Federal Rules of Civil Procedure and the Local Rules of this Court provide that any motion for attorneys' fees and costs will be filed within 14 days of entry of judgment,

STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1 unless extended by motion or stipulation.  See L.R. 54-6; 6-2.  In the commentary accompanying

2 Local Rule 54-6, counsel are advised to seek an extension to this deadline "as expeditiously as

3 possible."

4     5.    Plaintiffs and the Federal Defendants, accordingly, agree that the deadline for

5 filing any motion for attorneys' fees and costs should be extended from 14 days to ~~90~~ **45** days from

6 entry of judgment in order to facilitate the discussion of a negotiated agreement.

7     6.    The Federal Defendants agree and stipulate that they will not oppose a motion for

8 an award of fees on the grounds that Plaintiffs' fee application is not timely under CERCLA, the

9 local rules of this Court, or any other requirement.

10     NOW THEREFORE, Plaintiffs and Federal Defendants, by and through their undersigned

11 counsel, hereby stipulate that any motion for an award of attorneys' fees and costs in this matter

12 must be served and filed within ~~90~~ **45** days of entry of judgment.

14     Respectfully submitted this 1st day of September, 2009.

/s/ Jan Hasselman  (by permission)

JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

LISA GOLLIN EVANS
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)    2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GREGORY C. LOARIE (CA Bar No. 215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/  Rochelle L. Russell
_____

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Rochelle L. Russell
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
(415) 744-6566
(415) 744-6476 *[FAX]*
rochelle.russell@usdoj.gov

*Attorney for Federal Defendants*

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION AS MODIFIED, IT IS SO ORDERED.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

DATED this __4th__ day of _ September _____, 2009.

_____
THE HONORABLE
United States District

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)    3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*