IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, GREAT BASIN RESOURCE WATCH, AMIGOS BRAVOS, and IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br>v.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, and MARY E. PETERS, Secretary, United States Department of Transportation,<br><br>Defendants,<br><br>and<br><br>SUPERFUND SETTLEMENTS PROJECT, RCRA CORRECTIVE ACTION PROJECT, AMERICAN PETROLEUM INSTITUTE, and TREATED WOOD COUNCIL,<br><br>Defendant-Intervenors. | No. C 08-01409 WHA<br><br>**ORDER REGARDING MOTION FOR ATTORNEY'S FEES** |

The undersigned is prepared to rule on the pending motion for attorney's fees without oral argument. If, however, counsel for either side have already begun travel to San Francisco, or counsel otherwise want to hold a hearing on this motion, the Court will keep the hearing on the calendar. To preserve the hearing, however, a letter must be filed by **NOON ON JANUARY 12, 2010**, indicating that the hearing should not be vacated. Otherwise, the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: January 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE