LISA GOLLIN EVANS (MA SB # 200730)
(Admitted *Pro Hac Vice*)
Earthjustice
21 Ocean Avenue
Marblehead, MA 01945
(781) 631-4119
levans@earthjustice.org

JAN HASSELMAN (WSB #29107)
(Admitted *Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great
Basin Resource Watch, Amigos Bravos, and
Idaho Conservation League*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

THE HONORABLE WILLIAM H. ALSUP

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) Case No. 3:08-cv-01409-WHA |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) STIPULATED SETTLEMENT ON |
| | ) PLAINTIFFS' MOTION FOR |
| STEPHEN JOHNSON, et al., | ) ATTORNEYS' FEES AND COSTS; |
| | ) [PROPOSED] ORDER |
| Defendants, | ) |
| and | ) |
| | ) |
| SUPERFUND SETTLEMENTS PROJECT, et al., | ) |
| | ) |
| Defendant-Intervenors. | ) |

STIPULATED SETTLEMENT ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)  -1-

Pursuant to Local Rule 7-12 and 54-6, this Stipulated Settlement is entered into by and between plaintiffs, Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League, and the United States of America ("United States"), on behalf of defendants United States Environmental Protection Agency ("EPA") and United States Department of Transportation ("DOT"), to settle plaintiffs' claim for attorneys' fees and costs of litigation in the above-captioned matter.

Plaintiffs and defendants, by and through their undersigned counsel, state as follows:

WHEREAS, on March 12, 2008, plaintiffs brought suit under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601- 9675, and the Administrative Procedure Act, 5 U.S.C. § 706, alleging that defendants failed to perform certain nondiscretionary duties under CERCLA Section 108(b), 42 U.S.C. § 9608(b);

WHEREAS, this Court granted in part and denied in part defendants' motion to dismiss in two orders dated July 23, 2008, and August 8, 2008;

WHEREAS, this Court granted in part and denied in part the parties' cross-motions for summary judgment in two separate orders, dated February 25, 2009, and August 5, 2009;

WHEREAS, plaintiffs moved for an award of fees and costs pursuant to CERCLA's citizen suit provision, which defendants opposed;

WHEREAS, this Court ruled that plaintiffs were entitled to an award of fees and costs commensurate with the level of success achieved by plaintiffs, and directed plaintiffs to resubmit their fee application in accordance with specific limits and procedures;

WHEREAS, in lieu of additional litigation on the fee motion, plaintiffs and defendants have reached an agreement as to an appropriate settlement of plaintiffs' motion for fees and costs and agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve plaintiffs' motion.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

STIPULATED SETTLEMENT ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1.      Within 60 days of the Count's entry of this Stipulated Settlement, the United States, on behalf of EPA and DOT, agrees to pay to plaintiffs $114,174.00 in attorneys' fees and $1,184.00 in costs, pursuant to Local Rule 54 and 42 U.S.C. § 9659(f). Payment will be made by electronic funds transfer in accordance with instructions provided to defense counsel by plaintiffs' counsel.

2.      Any obligation of the United States to expend funds under this Stipulated Settlement are subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341. This Stipulated Settlement shall not be construed to require the United States to obligate or pay funds in contravention of said Anti-Deficiency Act, 31 U.S.C. § 1341.

3.      Plaintiffs agree to accept payment of $115,358.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which plaintiffs are entitled in the above-captioned litigation, through and including the date of this agreement.

4.      Plaintiffs agree that receipt of this payment from the United States shall operate as a release of plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

5.      The parties agree that this Stipulated Settlement was negotiated in good faith and constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. Except as provided in paragraphs 3 and 4 above, by entering into this Stipulated Settlement the parties do not waive any claim or defense.

6.      The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Stipulated Settlement and do hereby agree to the terms herein.

7.      The terms of this Stipulated Settlement shall become effective upon entry of an order by the Court ratifying the Agreement.

STIPULATED SETTLEMENT ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

It is so stipulated this 29th day of January, 2010.

/s/  Jan Hasselman
JAN HASSELMAN
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
jhasselman@earthjustice.org

LISA GOLLIN EVANS
Earthjustice
21 Ocean Avenue
Marblehead, MA  01945
(781) 631-4119
levans@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Great Basin Resource Watch, Amigos Bravos, and Idaho Conservation League*

GREGORY C. LOARIE (CA Bar No. 215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATED SETTLEMENT ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ Jan Hasselman, for *
ROCHELLE L. RUSSELL (CA Bar #244992)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6566
rochelle.russell@usdoj.gov

* per email authorization

*Attorney for Federal Defendants*

---

Pursuant to the above stipulation, the settlement reached between the parties pertaining to plaintiffs' motion for attorney's fees and costs is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: February 1, 2010.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATED SETTLEMENT ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS;
[PROPOSED] ORDER (Case No. 3:08-cv-01409-WHA)   -5-